# Exhibit J

| | |
|---|---|
| **From:** | AAA Heather Santo |
| **To:** | Warren Postman; Lipshutz_Joshua S. |
| **Cc:** | Ashley Keller; Travis Lenkner; Holecek_Michael |
| **Subject:** | RE: 250 Individuals v. DoorDash, Inc. |
| **Date:** | Friday, August 16, 2019 3:27:50 PM |
| **Attachments:** | image005.png |
| | image007.jpg |
| | image009.png |
| | image011.jpg |
| | imagec4317b.PNG |
| | imagea10fa8.JPG |

Dear Counsel:

The AAA acknowledges letters from the parties on August 14, 2019 and August 15, 2019.  The AAA is considering a revised fee schedule for cases where a large number of individual filings are received. This fee schedule is not finalized and a time frame for implementation is not in place. The AAA at this time applies the current Employment/Workplace fee schedule to cases that are currently filed with the AAA.

In accordance with the AAA's current Employment/Workplace Fee Schedule, the Respondent's share of the fees, totaling $475,000.00, remain due on or before August 20, 2019.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Heather Santo