# Exhibit L

**From:** "Lipshutz, Joshua S." <JLipshutz@gibsondunn.com>
**Date:** November 14, 2019 at 7:04:39 PM EST
**To:** Warren Postman <wdp@kellerlenkner.com>, "Holecek, Michael" <MHolecek@gibsondunn.com>
**Cc:** Ashley Keller <ack@kellerlenkner.com>, Travis Lenkner <tdl@kellerlenkner.com>
**Subject: RE:  DoorDash ICA**

Warren,

Thank you for your email.  We are more than comfortable that we have satisfied our obligations under Rule 4.2(a).  The revised DoorDash IC Agreement went into effect on November 9 in the ordinary course of business.  As you know, DoorDash periodically rolls out revisions to the Agreement, and this was the latest such rollout.  To the extent your clients received notice of the new Agreement, it would only be because they chose to use the DoorDash app after the rollout date.  If your clients continue to use the platform, they will receive the same communications from DoorDash as all other Dashers.  In any event, none of the changes to the IC Agreement are about the subject of your representation.

Best,
Josh

**Joshua S. Lipshutz**
**Partner**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.955.8217 • Fax +1 202.530.9614

555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8233 • Fax +1 415.374.8469
JLipshutz@gibsondunn.com • www.gibsondunn.com