# Exhibit O

**Find a Neutral**

[Add Row] [Delete Row] [Group AND] [Group OR] [Reset] [Clear]   View: Default View

- Neutrals | Country | Equals | United States
- Neutrals | Name | Contains |
- Neutrals | Language | Contains |
- Neutrals | Mediator/Arbitrator | Contains Any O | Arbitrator
- Neutrals | U.S State | Equals |
- Neutrals | Keyword | Contains |
- Neutrals | Panel | Equals | Employment Disputes Panel-I

[Find] [Hide]

| # | Name | | City | State | Country | Role |
|---|---|---|---|---|---|---|
| 1. | Aaron, Marjorie Corman | | Cincinnati | Ohio | United States | Mediator and Arbitrator |
| 2. | Arrington, Robert L. | | Kingsport | Tennessee | United States | Mediator and Arbitrator |
| 3. | Badway, Ernest Edward | Partner | New York | New York | United States | Mediator and Arbitrator |
| 4. | Balkan, Kenneth J. | | Garden City | New York | United States | Mediator and Arbitrator |
| 5. | Belen, Ariel E. | | New York | New York | United States | Mediator and Arbitrator |
| 6. | Bennett, Bruce | Attorney / CPA | Grayson | Georgia | United States | Mediator and Arbitrator |
| 7. | Benson, Roger C. | | St. Petersburg | Florida | United States | Mediator and Arbitrator |
| 8. | Chalk, John Allen | | Fort Worth | Texas | United States | Mediator and Arbitrator |
| 9. | Creo, Robert | | Pittsburgh | Pennsylvania | United States | Mediator and Arbitrator |
| 10. | Deitz, Roger M. | | New York | New York | United States | Mediator and Arbitrator |
| 11. | DiBlasi, John P. | | Garden City | New York | United States | Mediator and Arbitrator |
| 12. | Evans, Cameron J. | | Rochester | Michigan | United States | Arbitrator |
| 13. | Feerick, John D. | Former Dean of Fordham University Law School, Former Partner of Skadden, Arps, Slate, Meagher & Flom | New York | New York | United States | Mediator and Arbitrator |
| 14. | Feinberg, Kenneth R. | Special Master, September 11 Victim Compensation Fund | Washington | District of Columbia | United States | Mediator and Arbitrator |
| 15. | Feliu, Alfred | | New Rochelle | New York | United States | Mediator and Arbitrator |
| 16. | Gerstel, Linda | | New York | New York | United States | Mediator and Arbitrator |
| 17. | Hanft, Noah J. | | New York | New York | United States | Mediator and Arbitrator |
| 18. | Holmes, Reginald A. | | Pasadena | California | United States | Mediator and Arbitrator |
| 19. | Jacobs, Roger B. | | New York | New York | United States | Mediator and Arbitrator |
| 20. | Jayson, Melinda G. | | Dallas | Texas | United States | Mediator and Arbitrator |
| 21. | Kavanagh, E. Michael | | Garden City | New York | United States | Mediator and Arbitrator |

| | # | Name | | City | State | Country | Role |
|---|---|---|---|---|---|---|---|
| | 22. | **Keyes, Jeffrey J.** | | Edina | Minnesota | United States | Mediator and Arbitrator |
| | 23. | **Kheel, Robert J.** | | New York | New York | United States | Mediator and Arbitrator |
| | 24. | **Kreismann, Ronald** | | New York | New York | United States | Mediator and Arbitrator |
| | 25. | **Krouse, Allen J.** | | New Orleans | Louisiana | United States | Mediator and Arbitrator |
| | 26. | **Lampert, Michael A.** | | New York | New York | United States | Mediator and Arbitrator |
| | 27. | **Lesser, Nancy F.** | | Washington | District of Columbia | United States | Mediator and Arbitrator |
| | 28. | **Levin, Jack P.** | | New York | New York | United States | Mediator and Arbitrator |
| | 29. | **Lewis, Timothy K.** | Former U.S. Court of Appeals Judge | Pittsburgh | Pennsylvania | United States | Mediator and Arbitrator |
| | 30. | **Lichter, David H.** | | Aventura | Florida | United States | Mediator and Arbitrator |
| | 31. | **Malone, Bernard J.** | | Garden City | New York | United States | Mediator and Arbitrator |
| | 32. | **Marinello, Mitchell L.** | | Chicago | Illinois | United States | Mediator and Arbitrator |
| | 33. | **McDowell, Michael D.** | | Pittsburgh | Pennsylvania | United States | Mediator and Arbitrator |
| | 34. | **Mentz, Barbara A.** | | New York | New York | United States | Arbitrator |
| | 35. | **Meyer, Judith P.** | | Haverford, Pennsylvania | Pennsylvania | United States | Mediator and Arbitrator |
| | 36. | **Morril, Mark C.** | | New York | New York | United States | Mediator and Arbitrator |
| | 37. | **Moxley, Charles J.** | | New York | New York | United States | Mediator and Arbitrator |
| | 38. | **Naranjo, Dan A.** | Former U.S. Magistrate Judge | San Antonio | Texas | United States | Mediator and Arbitrator |
| | 39. | **Nevas, Alan H.** | Fmr. U.S. District Court Judge | Westport | Connecticut | United States | Mediator and Arbitrator |
| | 40. | **Ostolaza, Yvette** | Member of the firm-wide Management Committee, Executive Committee, co-head of the Firm's Litigation practice, and Managing Partner of the Dallas office. | Dallas | Texas | United States | Arbitrator |
| | 41. | **Panarella, Merriann** | | Natick | Massachusetts | United States | Arbitrator |
| | 42. | **Phillips, F. Peter** | | Montclair | New Jersey | United States | Mediator and Arbitrator |
| | 43. | **Phillips, John R.** | | Kansas City | Missouri | United States | Mediator and Arbitrator |
| | 44. | **Platt, Steven I.** | | Annapolis | Maryland | United States | Mediator and Arbitrator |
| | 45. | **Prather, Robert C.** | | Dallas | Texas | United States | Arbitrator |
| | 46. | **Ravala, M. Salman** | | New York | New York | United States | Mediator and Arbitrator |
| | 47. | **Rosenblatt, Arnold** | | Manchester | New Hampshire | United States | Mediator and Arbitrator |
| | 48. | **Rosengard, Lee A.** | | Philadelphia | Pennsylvania | United States | Mediator and Arbitrator |
| | 49. | **Shea, Robert M.** | | Boston | Massachusetts | United States | Mediator and Arbitrator |
| | 50. | **Singer, David C.** | | New York | New York | United States | Mediator and Arbitrator |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 51. | **Skelos, Peter B.** | | Garden City | New York | United States | Mediator and Arbitrator |
| | 52. | **Smith Dedrick, Katherine** | | Denver | Colorado | United States | Mediator and Arbitrator |
| | 53. | **Soussan, Susan S.** | Former Texas State Civil District Judge | Houston | Texas | United States | Mediator and Arbitrator |
| | 54. | **Thorpe, R. Wayne** | | Atlanta | Georgia | United States | Mediator and Arbitrator |
| | 55. | **Travis, Mark C.** | | Cookeville | Tennessee | United States | Mediator and Arbitrator |
| | 56. | **Wang, Tong** | | New York | New York | United States | Arbitrator |
| | 57. | **Warshawsky, Ira B.** | | Garden City | New York | United States | Mediator and Arbitrator |
| | 58. | **Welch, Dana** | | Berkeley | California | United States | Arbitrator |
| | 59. | **Wickliff, A. Martin** | | Houston | Texas | United States | Mediator and Arbitrator |
| | 60. | **Zulkey, Edward J.** | | Chicago | Illinois | United States | Mediator and Arbitrator |