IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL ABERNATHY, PARISA AALAMI, JASPER ABAD, EVANS ABBAN, and MALIK ABDULHAQQ,<br><br>Plaintiffs,<br><br>v.<br><br>DOORDASH, INC.,<br><br>Defendant. | No. C 19-07545 WHA<br><br>**ORDER SETTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER** |

A hearing will be held on petitioner's motion for temporary restraining order on **MONDAY, NOVEMBER 25 AT 11 A.M.** on condition that petitioners promptly serve the petition, the motion for temporary restraining order, and this order on respondent. Defendant may file and serve an opposition by **NOVEMBER 22 AT NOON.**

All parties should be aware of the possibility that this matter will be related to Judge Maxine Chesney by reason of *McKay v. DoorDash, Inc.*, C 19-04289 MMC. Nevertheless, the hearing will remain on calendar until such relation, if any.

**IT IS SO ORDERED.**

Dated: November 18, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE