Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Terrell Abernathy, et al.

      Plaintiff(s),

v.

DoorDash, Inc.

      Defendant(s).

Case No: 3:19-cv-07545

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Warren Postman, an active member in good standing of the bar of Washington D.C. Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Petitioners in the above-entitled action. My local co-counsel in this case is Keith A. Custis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is: 218818

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1300 I. Street, N.W., Suite 400E<br>Washington, D.C. 20005 | 1875 Century Park East, Suite 700<br>Los Angeles, California 90067 |
| MY TELEPHONE # OF RECORD:<br>(202) 749-8334 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 863-4276 |
| MY EMAIL ADDRESS OF RECORD:<br>wdp@kellerlenkner.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kcustis@custislawpc.com |

 I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 995083 (DC).

 A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

 I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  11/20/2019                Warren Postman
                                APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

 IT IS HEREBY ORDERED THAT the application of Warren Postman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                          UNITED STATES DISTRICT/MAGISTRATE JUDGE