GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   415.393.8200
Facsimile:   415.393.8306

JAMES FOGELMAN, SBN 161584
  jfogelman@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendant DOORDASH, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TERRELL ABERNATHY, et al.,<br><br>　　　　　Petitioners,<br><br>　v.<br><br>DOORDASH, INC.,<br><br>　　　　　Respondent. | CASE NO. 3:19-cv-07545-WHA<br><br>**DECLARATION OF ANDREW SPURCHISE IN SUPPORT OF RESPONDENT DOORDASH, INC.'S OPPOSITION TO PETITIONERS' MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Action Filed: November 15, 2019<br><br>Hearing Date: November 25, 2019<br>Hearing Time: 1:45 p.m.<br>Hearing Place: Courtroom 12 – 19th Floor<br>Honorable William Alsup |

Gibson, Dunn & Crutcher LLP

DECLARATION OF ANDREW SPURCHISE IN SUPPORT OF RESPONDENT DOORDASH, INC.'S OPPOSITION TO PETITIONERS' MOTION FOR A TEMPORARY RESTRAINING ORDER
CASE NO. 3:19-CV-07545-WHA

I, Andrew Spurchise, declare as follows:

1. I am a shareholder at the law firm of Littler Mendelson P.C., counsel of record for Respondent DoorDash, Inc. ("DoorDash") in several arbitrations before the American Arbitration Association ("AAA"). I offer this declaration in support of DoorDash's Opposition to Petitioners' Motion for Temporary Restraining Order. I have personal knowledge of all the facts set forth in this declaration (unless otherwise noted), and, if called to testify, I could and would competently testify to them.

2. Keller Lenkner LLC filed 250 AAA arbitration demands against DoorDash on July 2, 2019.

3. None of the 250 AAA arbitration demands filed by Keller Lenkner LLC on July 2, 2019 has been resolved. In fact, to date, none of them has proceeded beyond the the arbitrator selection process.

I declare under penalty of perjury pursuant to the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at New York, New York, on this 22nd day of November, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew Spurchise*
　　　　　　　　　　　　　　　　　　　　　　　　　　Andrew Spurchise

Gibson, Dunn & Crutcher LLP

DECLARATION OF ANDREW SPURCHISE IN SUPPORT OF RESPONDENT DOORDASH, INC.'S OPPOSITION TO PETITIONERS' MOTION FOR A TEMPORARY RESTRAINING ORDER
CASE NO. 3:19-cv-07545-WHA