IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRELL ABERNATHY, PARISA AALAMI, JASPER ABAD, EVANS ABBAN, and MALIK ABDULHAQQ, et. al,

Petitioners,

v.

DOORDASH, INC.,

Respondent.

No. C 19-07545 WHA

**ORDER RE DECLARATIONS**

Before the Court can grant injunctive relief compelling arbitration as to any petitioner, there must be a sworn declaration from that petitioner at least setting forth his or her name and the identifying information he or she used to register with DoorDash, the approximate dates of service, and at least referencing in an ascertainable way the specific arbitration agreement he or she clicked through. This must be done by someone with first-hand knowledge, which means the petitioner himself or herself must sign. These declarations must be filed by **DECEMBER 19 AT NOON.**

**IT IS SO ORDERED.**

Dated: November 26, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE