GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

JAMES FOGELMAN, SBN 161584
  jfogelman@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

Attorneys for Respondent DOORDASH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRELL ABERNATHY, et al.,<br><br>                Petitioners,<br><br>v.<br><br>DOORDASH, INC.,<br><br>                Respondent. | CASE NO. 3:19-cv-07545-WHA<br><br>**RESPONDENT DOORDASH, INC.'S STIPULATED ADMINISTRATIVE MOTION TO FILE EXHIBIT A TO DECLARATION OF TIFFANY CAO UNDER SEAL**<br><br>[*Stipulation, Declaration of Joshua Lipshutz, and [Proposed] Order filed concurrently herewith*]<br><br>Action Filed: November 15, 2019<br><br>Hearing Date: January 9, 2020<br>Hearing Time: 8:00 a.m.<br>Hearing Place: Courtroom 12 – 19th Floor<br>Honorable William Alsup |

Gibson, Dunn & Crutcher LLP

RESPONDENT DOORDASH, INC.'S STIPULATED ADMINISTRATIVE MOTION
TO FILE EXHIBIT A TO DECLARATION OF TIFFANY CAO UNDER SEAL
3:19-cv-07545-WHA

In accordance with Civil Local Rules 7-11 and 79-5(c)-(e), Respondent DoorDash, Inc. files this stipulated administrative motion to file Exhibit A to the declaration of Tiffany Cao, Dkt. 35-4, under seal.

On November 15, 2019, Petitioners Terrell Abernathy et al. filed a petition to compel arbitration, Dkt. 1, and a motion to compel arbitration, Dkt. 4.  On November 17, Petitioners moved for a temporary restraining order ("TRO").  Dkt. 10.

On November 22, DoorDash filed an opposition to Petitioners' motion for a TRO. Dkt. 35.  In support of its opposition, DoorDash filed a declaration of Tiffany Cao, which attached an Exhibit A containing the names, Keller Lenkner tracking numbers, phone numbers, email addresses, and home addresses of 5,863 individuals.  Dkt. 35-4, Ex. A.  Exhibit A to the Cao declaration was not originally filed under seal, but it since has been placed under seal by the Court clerk's office.

On November 27, 2019, counsel for DoorDash sent a proposed redacted version of Exhibit A to the Cao declaration to counsel for Petitioners, who responded that they would stipulate to filing the document under seal with the proposed redactions.  *See* Stipulation ¶¶ 9–10.

There are compelling reasons for filing Exhibit A to the Cao declaration under seal, as it contains information revealing personally identifying information.  This information should be redacted.

A redacted version of the proposed document to be filed under seal is attached as **Exhibit A**. An unredacted version of that same document is attached as **Exhibit B**.

DoorDash therefore moves this Court for an order to file under seal Exhibit A to the Cao declaration.

Dated:  November 27, 2019          GIBSON, DUNN & CRUTCHER LLP


By:  /s/ Joshua S. Lipshutz
          Joshua S. Lipshutz

Attorneys for Respondent DoorDash, Inc.

Gibson, Dunn & Crutcher LLP

1

RESPONDENT DOORDASH, INC.'S STIPULATED ADMINISTRATIVE MOTION
TO FILE EXHIBIT A TO DECLARATION OF TIFFANY CAO UNDER SEAL
3:19-cv-07545-WHA

**STIPULATION TO FILE EXHIBIT A TO CAO DECLARATION UNDER SEAL**

1. Pursuant to Civil L.R. 7-11(a), Petitioners Terrell Abernathy et al. and Respondent DoorDash, Inc., by and through their respective counsel of record, hereby stipulate to file Exhibit A to the declaration of Tiffany Cao (Dkt. 35-4) under seal.

2. WHEREAS, Petitioners filed a petition to compel arbitration on November 15, 2019 (Dkt. 1);

3. WHEREAS, Petitioners filed a motion to compel arbitration on November 15, 2019 (Dkt. 4);

4. WHEREAS, Petitioners filed a motion for a temporary restraining order ("TRO") on November 17, 2019 (Dkt. 10);

5. WHEREAS, in support of its opposition, DoorDash filed a declaration of Tiffany Cao;

6. WHEREAS, the declaration of Tiffany Cao attached an Exhibit A containing the names, Keller Lenkner tracking numbers, phone numbers, email addresses, and home addresses of 5,863 individuals (Dkt. 35-4, Ex. A);

7. WHEREAS, Exhibit A to the Cao declaration was not originally filed under seal, but it since has been placed under seal by the Court clerk's office;

8. WHEREAS, the fields containing KL tracking #, Phone 1, Phone 2, Phone 3, Email 1, Email 2, Address, City, State, and Zip in Exhibit A to the Cao declaration should be redacted because they contain personal identifying information for 5,863 individuals;

9. WHEREAS, DoorDash sent a proposed redacted version of Exhibit A to the Cao declaration to counsel for Petitioners on November 27, 2019;

10. WHEREAS, counsel for Petitioners agreed to stipulate to filing the exhibit under seal with the proposed redactions;

11. NOW THEREFORE, the parties hereby stipulate to file Exhibit A to the declaration of Tiffany Cao under seal.

**IT IS SO STIPULATED.**

//
//
//

2

RESPONDENT DOORDASH, INC.'S STIPULATED ADMINISTRATIVE MOTION
TO FILE EXHIBIT A TO DECLARATION OF TIFFANY CAO UNDER SEAL
3:19-cv-07545-WHA

Gibson, Dunn & Crutcher LLP

Dated:  November 27, 2019          GIBSON, DUNN & CRUTCHER LLP


                                   By:      */s/ Joshua S. Lipshutz*
                                            Joshua S. Lipshutz


                                   Attorneys for Respondent DoorDash, Inc.


Dated:  November 27, 2019          KELLER LENKNER LLC


                                   By:      */s/ Marquel Reddish*
                                            Marquel Reddish


                                   Attorneys for Petitioners Terrell Abernathy et al.


### ECF ATTESTATION

   I, Joshua Lipshutz, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.


Dated:  November 27, 2019          GIBSON, DUNN & CRUTCHER LLP


                                   By:      *Joshua S. Lipshutz*
                                            Joshua S. Lipshutz

                                   Attorneys for Respondent DOORDASH, INC.

3

RESPONDENT DOORDASH, INC.'S STIPULATED ADMINISTRATIVE MOTION
TO FILE EXHIBIT A TO DECLARATION OF TIFFANY CAO UNDER SEAL
3:19-cv-07545-WHA

Gibson, Dunn & Crutcher LLP

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Respondent DoorDash, Inc. may file the following documents under seal:

| Dkt. No. | Date | Description |
|---|---|---|
| 35-4 | Nov. 22, 2019 | KL tracking #, Phone 1, Phone 2, Phone 3, Email 1, Email 2, Address, City, State, and Zip fields in Exhibit A to the declaration of Tiffany Cao |

Dated: _____          By: _____
                                              Hon. William A. Alsup
                                              United States District Judge

4

RESPONDENT DOORDASH, INC.'S STIPULATED ADMINISTRATIVE MOTION
TO FILE EXHIBIT A TO DECLARATION OF TIFFANY CAO UNDER SEAL
3:19-cv-07545-WHA

Gibson, Dunn & Crutcher LLP