Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

TERRELL ABERNATHY, *et al.*,

    Plaintiff(s),

v.

DOORDASH, INC.,

    Defendant(s).

Case No: 3:19-cv-07545

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Kimberley E. Lunetta, an active member in good standing of the bar of USDC for the SDNY, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Int'l Inst. for Conflict Prev & Resolution in the above-entitled action. My local co-counsel in this case is Andrew P. Frederick, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, NY 10178 | Morgan, Lewis & Bockius, LLP<br>1400 Page Mill Road<br>Palo Alto, CA 94304 |
| My Telephone # of Record:<br>(212) 309-6656 | Local Co-Counsel's Telephone # of Record:<br>(650) 843-7565 |
| My Email Address of Record:<br>kimberley.lunetta@morganlewis.com | Local Co-Counsel's Email Address of Record:<br>andrew.frederick@morganlewis.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: KL8611.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/05/19

                                              Kimberley E. Lunetta
                                              APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Kimberley E. Lunetta is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 6, 2019

                                           UNITED STATES DISTRICT/MAGISTRATE JUDGE

*[DENIED stamp — Judge William Alsup]*