GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

JAMES FOGELMAN, SBN 161584
  jfogelman@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

Attorneys for Respondent DOORDASH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRELL ABERNATHY, et al.,<br><br>           Petitioners,<br><br>     v.<br><br>DOORDASH, INC.,<br><br>           Respondent. | CASE NO. 3:19-cv-07545-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PETITIONERS' AMENDED PETITION TO COMPEL ARBITRATION**<br><br>Action Filed:  November 15, 2019<br><br>Proposed Hearing Date: January 30, 2020<br>Hearing Place: Courtroom 12 – 19th Floor<br>Honorable William Alsup |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE FOR PETITIONERS' AMENDED PETITION TO COMPEL ARBITRATION
3:19-cv-07545-WHA

## STIPULATION REGARDING BRIEFING SCHEDULE

Pursuant to Civil Local Rule 7-12, DoorDash, Inc. ("Respondent") and Terrell Abernathy, et al. ("Petitioners") (together with Respondent, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Petitioners filed a Petition to Compel Arbitration and Motion to Compel Arbitration on November 15, 2019 (Dkts. 1, 4);

WHEREAS, at a hearing before the Court on November 25, 2019, the Court instructed the Parties to meet and confer to determine an appropriate briefing schedule regarding the Motion to Compel;

WHEREAS, on December 2, 2019, this Court ordered that *Boyd v. DoorDash, Inc.*, Case No. 19-cv-07646-JCS, be related to the above-captioned case (Dkt. 82);

WHEREAS, Respondent's opposition to Petitioners' Petition to Compel Arbitration in *Boyd* is currently due December 10, 2019;

WHEREAS, Petitioners intend to file an Amended Petition to Compel Arbitration and Motion to Compel Arbitration in both *Boyd* and the above-captioned case;

WHEREAS, the Parties agree that a synchronized briefing schedule in *Boyd* and the above captioned case will promote judicial efficiency and conservation of resources;

WHEREAS, the Parties request the following briefing schedule for the forthcoming Amended Petition to Compel Arbitration and Motion to Compel Arbitration as follows:

| | |
|---|---|
| Petitioners' deadline to file Amended Petition to Compel Arbitration, Amended Motion to Compel Arbitration, and declarations in response to the Court's Order Regarding Declarations, Dkt. No. 50. | December 23, 2019 |
| Respondent's deadline to file Opposition to Petitioners' Motion to Compel Arbitration | January 16, 2020 |
| Petitioners' deadline to file Reply in support of their Motion to Compel Arbitration | January 23, 2020 |

WHEREAS, the Parties request that they be allowed 25 pages for their Amended Motion to Compel and Opposition, and up to 15 pages for Petitioners' Reply.

Gibson, Dunn & Crutcher LLP

1

STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE FOR PETITIONERS' AMENDED PETITION TO COMPEL ARBITRATION
3:19-cv-07545-WHA

WHEREAS, the Parties request that they be allowed to file a single set of briefs in the above captioned case, which will be deemed to have been filed in *Boyd*. The Parties believe that such an administrative order will promote judicial efficiency and conservation of resources;

NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order establishing the following:

1. The Parties shall file a single set of briefs on the docket for the above captioned case. Each brief shall include case captions for both the above captioned case and *Boyd*. Those briefs will be deemed to have been filed in *Boyd*.

2. Petitioners shall file their Amended Petition to Compel Arbitration, an Amended Motion to Compel Arbitration of up to 25 pages, and declarations in response to the Court's Order Regarding Declarations, Dkt. No. 50, on or before December 23, 2019;

3. Respondent shall file its Opposition to Petitioners' Motion to Compel Arbitration of up to 25 pages on January 16, 2020;

4. Petitioners shall file their Reply in support of their Motion to Compel Arbitration of up to 15 pages on January 23, 2020;

5. The Hearing on the Motion to Compel Arbitration shall be set for January 30, 2020, or at the convenience of the Court thereafter.

**IT IS SO STIPULATED**

Gibson, Dunn & Crutcher LLP

2
STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE FOR PETITIONERS' AMENDED PETITION TO COMPEL ARBITRATION
3:19-cv-07545-WHA

Dated: December 10, 2019                GIBSON, DUNN & CRUTCHER LLP


                                        By:      */s/ Joshua Lipshutz*
                                                   Joshua Lipshutz

                                        Attorneys for Respondent, DOORDASH, INC.


Dated: December 10, 2019                KELLER LENKNER LLC.


                                        By:       */s/ Warren Postman*
                                                    Warren Postman

                                        Attorneys for PETITIONERS


## **CM/ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Joshua Lipshutz, herby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: December 10, 2019                GIBSON, DUNN & CRUTCHER LLP


                                        By:      */s/ Joshua Lipshutz*
                                                   Joshua Lipshutz

                                        Attorneys for Respondent, DOORDASH, INC.

3
STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE FOR PETITIONERS' AMENDED PETITION TO COMPEL ARBITRATION
3:19-cv-07545-WHA

# [PROPOSED] ORDER

Having considered the parties' Stipulation and Proposed Order Regarding the Briefing Schedule for Petitioners' Amended Petition to Compel Arbitration, and good cause appearing, the Court hereby GRANTS the parties' stipulation. It is HEREBY ORDERED that the parties shall follow the schedule:

1. The Parties shall file a single set of briefs on the docket for the above captioned case. Each brief shall include case captions for both the above captioned case and *Boyd*. Those briefs will be deemed to have been filed in *Boyd*.

2. Petitioners shall file their Amended Petition to Compel Arbitration, Amended Motion to Compel Arbitration of up to 25 pages, and declarations in response to the Court's Order Regarding Declarations, Dkt. No. 50, on or before December 23, 2019;

3. Respondent shall file its Opposition to Petitioners' Motion to Compel Arbitration of up to 25 pages on January 16, 2020;

4. Petitioners shall file their Reply in support of their Motion to Compel Arbitration of up to 15 pages on January 23, 2020;

5. The Hearing on the Motion to Compel Arbitration shall be set for January 30, 2020.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____    _____

The Honorable William Alsup
United States District Court Judge

Gibson, Dunn & Crutcher LLP

4

STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE FOR PETITIONERS' AMENDED PETITION TO COMPEL ARBITRATION
3:19-cv-07545-WHA

# PROOF OF SERVICE

I, Timothy Kolesk, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071-3197, in said County and State. On December 10, 2019, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PETITIONERS' AMENDED PETITION TO COMPEL ARBITRATION**

On the parties stated below, by the following means of service:

CUSTIS LAW, P.C.
Keith A. Custis
  kcustis@custislawpc.com
1875 Century Park East, Suite 700
Los Angeles, California 90067
(213) 863-4276

KELLER LENKNER LLC
Ashley Keller
  ack@kellerlenkner.com
Travis Lenkner
  tdl@kellerlenkner.com
Marquel Reddish
  mpr@kellerlenkner.com
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman
  wdp@kellerlenkner.com
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format of the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

☑ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

5
STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE FOR PETITIONERS' AMENDED PETITION TO COMPEL ARBITRATION
3:19-cv-07545-WHA

Gibson, Dunn & Crutcher LLP

Executed on December 10, 2019

                                                        */s/ Timothy Kolesk*
                                                          Timothy Kolesk

Gibson, Dunn & Crutcher LLP

6
STIPULATION AND [PROPOSED] ORDER REGARDING
BRIEFING SCHEDULE FOR PETITIONERS' AMENDED PETITION TO COMPEL ARBITRATION
3:19-cv-07545-WHA