# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Joshua S. Lipshutz
Direct: +1 202.955.8217
Fax: +1 202.530.9614
JLipshutz@gibsondunn.com

December 16, 2019

SUBMITTED VIA ECF

Honorable William Alsup
U.S. District Court of the Northern District of California
San Francisco Courthouse, Courtroom 12
450 Golden Gate Ave.
San Francisco, CA  94102

Re:   *Abernathy et al. v. DoorDash, Inc.*, No. 3:19-cv-07545-WHA

Dear Judge Alsup,

As counsel for DoorDash, Inc., I write to respond to Petitioners' December 13, 2019, letter regarding their discovery requests to non-party International Institute For Conflict Prevention And Resolution ("CPR").  Petitioners' letter provides false and misleading information to the Court that requires correction.

As an initial matter, Petitioners' discovery requests are irrelevant to any matter before the Court because no Petitioner here has even alleged that they are being forced to arbitrate before the CPR, let alone that they are being forced to do so under any procedural or substantive rule to which they object.  Instead, this discovery, like the letter submitted to the Court, seems intended only to smear Gibson Dunn, counsel of record in this action.  The letter submitted by Petitioners' counsel is so wildly misleading that no other purpose could have been intended.

Petitioners' letter implies that Gibson Dunn is unique in its contributions to CPR and that its contributions have come only over the past few months.  That is false.  While it is true that Gibson Dunn is a contributor to CPR, hundreds of other law firms and companies have donated to CPR, including dozens who have contributed at the same levels as Gibson Dunn.  Included among contributors at the same level are:

| | | |
|---|---|---|
| Aetna | Akin Gump | Amgen |
| Arnold & Porter | Assurant | AT&T |
| BakerHostetler | BlankRome | Butler Snow |
| Covington | Cravath, Swaine & Moore LLP | Debevoise & Plimpton |

**GIBSON DUNN**

Honorable William Alsup
December 16, 2019
Page 2

| | | |
|---|---|---|
| DLA Piper | DrinkerBiddle | Eversheds Sutherland |
| Fluor | General Dynamic | General Motors |
| Gibson Dunn | Jenner & Block | Johnson & Johnson |
| King & Spalding | Kirkland & Ellis LLP | Kramer Levin |
| Lighthouse | Mastercard | Norton Rose Fulbright |
| O'Melveny | Orrick | Patterson Belknap |
| Paul Weiss | Pfizer | Proskauer |
| Reed Smith | Riker Danzig | Sidley |
| Skadden | Sullivan & Cromwell LLP | Tucker Ellis LLP |
| Venable LLP | Visa | Wachtell, Lipton, Rosen & Katz |
| Weil | Williams & Connolly LLP | |

*See* https://www.cpradr.org/about/cpr-major-donors.  The "Champions" category includes dozens more contributors, followed by hundreds of additional donors in lower categories.  A full list of contributors from CPR's website is attached as Exhibit A.  These widespread contributions reflect the impressive nature of CPR's work and its deep credibility with both the plaintiff and defense sides of the legal community.

Moreover, contrary to the suggestion that Gibson Dunn only recently started contributing to CPR, CPR's own website discloses that Gibson Dunn has been contributing to CPR for years, and at the same level, as have others.  For example, Gibson Dunn appears as a contributor in CPR's 2019 annual review, which lists contributions from July 2017 to June 2018.  *See* https://issuu.com/csdesignworks/docs/cpr_2019_ar_flip_1?e=2550004/67614122.  Like other contributors, Gibson Dunn supports organizations like CPR because it believes in the importance of preserving an independent arbitral organization dedicated to the fair and neutral administration of justice, not because it expects any favoritism.

Petitioners' co-counsel in these lawsuits, Quinn Emanuel, no doubt has contributed for the same reason.  Petitioners' letter fails to disclose that Quinn Emanuel has supported CPR for years and continues to serve in CPR leadership positions.  *See* https://issuu.com/csdesignworks/docs/cpr_ar_2017?e=2550004/45002366 (listing Quinn Emanuel as a donor for the July 2015 – June 2016 year); https://issuu.com/csdesignworks/docs/cpr_ar_27?e=2550004/33115094 (listing Quinn Emanuel as a CPR Member as of January 2016).  Lawyers at Quinn Emanuel have served on CPR's board, *see* https://www.cpradr.org/news-

publications/press-releases/2017-07-14-cpr-welcomes-three-new-members-to-its-board (identifying Quinn Emanuel's Tara Lee as one of several "legal and business leaders who play an integral role in guiding CPR's mission"), and Quinn Emanuel's Karl Stern serves on CPR's executive committee, *see* https://www.quinnemanuel.com/attorneys/stern-karl.

      Neither Gibson Dunn nor DoorDash has anything to hide with respect to any communications with CPR.  Gibson Dunn did not "create" CPR's rules, as Petitioners' discovery appears intended to prove; nor did DoorDash.  But the discovery Petitioners seek is neither relevant to the pending motion to compel nor likely to lead to the discovery of admissible, relevant evidence.  No amount of misleading spin from Petitioners' counsel will change that fact.

Respectfully submitted,

*/s/ Joshua S. Lipshutz*


Joshua S. Lipshutz

# EXHIBIT A

Become a Member  |  Find a Neutral  |  Access Rules  |  Access Model Clauses  |  File a Case  |  Ask Questions  |  +1 212.949.6490  |  Login/Account  |




# CPR's Major Donors

CPR gratefully acknowledges the generous support of its Major Donors for the Fiscal Year 2018 - 2019.

## Visionaries

aetna | Akin Gump STRAUSS HAUER & FELD LLP | AMGEN

Arnold & Porter | ASSURANT | AT&T

BakerHostetler | BLANKROME | Butler Snow

COVINGTON | Cravath, Swaine & Moore LLP | Debevoise & Plimpton

DLA PIPER | DrinkerBiddle | EVERSHEDS SUTHERLAND

Become a Member  |  Find a Neutral  |  Access Rules  |  Access Model Clauses  |  File a Case  |  Ask Questions  |  +1 212.949.6490  |  Login/Account
























## Champions

Become a Member  |  Find a Neutral  |  Access Rules  |  Access Model Clauses  |  File a Case  |  Ask Questions  |  +1 212.949.6490  |  Login/Account  |

































Become a Member  |  Find a Neutral  |  Access Rules  |  Access Model Clauses  |  File a Case  |  Ask Questions  |  +1 212.949.6490  |  Login/Account  |

| | |
|---|---|
| Arthur Cox Unlimited Company | Marsh & McLennan Companies, Inc. |
| Baker & McKenzie LLP | McElroy, Deutsch, Mulvaney & Carpenter, LLP |
| Baker Botts L.L.P. | Munger, Tolles & Olson LLP |
| Bennett Jones LLP | Nelson Mullins, Riley & Scarborough LLP |
| Blizzard, Pirtle & Johnson | Nutter, McClennen & Fish, LLP |
| Brown, Loren H. | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Chevron Corporation | Paul Hastings LLP |
| Cleary Gottlieb Steen & Hamilton LLP | Resolutions, LLC |
| Compass Lexecon | Sabatino, Thomas J. |
| Consilio | Shearman & Sterling |
| Epiq | Shell International Limited |
| Freshfields Bruckhaus Deringer | Smith, Currie & Hancock |
| Gallopoulos, Gregory S. | Toyota Motor, North America, Inc. |
| Hogan Lovells | United Technologies Corporation |
| Kiernan, John S. | White & Case LLP |
| Kilpatrick Townsend & Stockton LLP | Winston & Strawn LLP |
| KLDiscovery | |

## Contributors

Become a Member  |  Find a Neutral  |  Access Rules  |  Access Model Clauses  |  File a Case  |  Ask Questions  |  +1 212.949.6490  |  Login/Account  |

| | |
|---|---|
| Baker Donelson Bearman Caldwell & Berkowitz, PC | Dale L. Matschullat |
| Ballard Spahr LLP | Mattos Filho, Veiga Filho, Marrey Jr e Quiroga Advogados |
| Bechtel Group, Inc. | McCarthy Tétrault LLP |
| Blake, Cassels & Graydon LLP | McMillan LLP |
| Buchanan Ingersoll & Rooney PC | Milbank, Tweed, Hadley & McCloy LLP |
| Chaffetz Lindsey LLP | Monsanto Company |
| Crowell & Moring LLP | Joseph E. Neuhaus |
| Danaher Corporation | Nilan Johnson Lewis PA |
| Dannemann Siemsen Advogados | Cozen O'Connor |
| Dechert LLP | Perkins Coie LLP |
| Deloitte LLP | Raytheon Company |
| Dorsey & Whitney LLP | Rivkin Radler LLP |
| Estée Lauder Companies Inc. | Carey S. Roberts |
| Eversource Energy | Laura M. Robertson |
| Fisher Development Associates | Ruyak Cherian LLP |
| Fox Rothschild, LLP | Ank Santens |
| Fragomen, Del Rey, Bernsen & Loewy, P.C. | Schnader Harrison Segal & Lewis LLP |
| Fried, Frank, Harris, Shriver & Jacobson LLP | Scott, Douglass & McConnico, L.L.P |
| FTI Consulting | Simpson Thacher & Bartlett LLP |
| Gide Loyrette Nouel | Southern Company |
| Noah J. Hanft | Stradley Ronon Stevens & Young, LLP |
| Herbert Smith Freehills | Swiss Reinsurance Company |
| Hernandez, Carlos M. | The Law Offices of Kenneth R. Feinberg, PC |
| Holland & Knight LLP | Three Crowns LLP |
| Hughes Hubbard & Reed LLP | Vinson & Elkins LLP |
| KPMG LLP | WilmerHale |
| Lazard | Richard F. Ziegler |

## Donors

| | |
|---|---|
| 23andMe, Inc. | William H. Knull, III PLLC |
| 284 Partners LLC | Koury Lopes Advogados |
| 3M Company | Krantz & Berman LLP |
| Aarna Law | KSD Law PC |
| Accord, LLC | Kutak Rock |

Become a Member  |  Find a Neutral  |  Access Rules  |  Access Model Clauses  |  File a Case  |  Ask Questions  |  +1 212.949.6490  |  Login/Account  |  ☰

| | |
|---|---|
| Advokatfirmaet Hammervoll Pind AS | Frank Lattal |
| AEGIS Insurance Services, Inc. | Law Office of Brian S. Harvey |
| AK Law Chambers | Law Office of Deborah Mastin, PLLC |
| Allegaert Berger & Vogel LLP | Law Office of John Burritt McArthur |
| Altenburger Ltd. | Law Office of John Pinney |
| American Kennel Club | Lawyers Travel |
| Daniel Arbix | LBKM |
| Archer Law | Lewis & Munday, P. C. |
| Ashby & Geddes, P.A. | Lewis Rice LLC |
| B. Cremades y Asociados | Lightfoot, Franklin & White, L.L.C. |
| Barbosa, Müssnich & Aragão Advogados | Litigation Management, Inc. |
| Barnea Jaffa Lande & Co. | Lorenz & Kopf, LLP |
| Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. | LSP Operations B.V. |
| Torsten Bartsch - Caterpillar | Majmudar & Partners |
| Hon. William G. Bassler | Marker Group |
| Bates White Economic Consulting | Joseph M. Matthews, P.A. |
| Bech-Bruun | Mauriel Kapouytian Woods LLP |
| Beck Redden, LLP | McAfee & Taft A Professional Corporation |
| Ariel E. Belen, Mediator & Arbitrator | McGowan Arbitration and Dispute Resolution |
| Raymond G. Bender | Mediarb |
| Bickerman Dispute Resolution, PLLC | MehaffyWeber |
| Cornell Boggs, III | Mid-Atlantic ADR |
| Bonassa Bucker Advogados | Marina Kralj Miliša |
| Borden Ladner Gervais LLP | Miller & Martin PLLC |
| Marc Breverman | Milliken & Company |
| Brodsky ADR LLC | Vaibhav Mishra |
| BVF Partners, L.P. | Morris James LLP |
| C. Erickson & Sons, Inc. | Morrow Sodali Global |
| Campbell Campbell Edwards & Conroy | Morvillo, Abramowitz, Grand, Iason, & Anello P.C. |
| Canon Solutions America | MoxleyADR LLC |
| Mary Beth Cantrell | NautaDutilh |
| Carr, Swanson & Randolph, LLC | Nexsen Pruet Adams Kleemeier, LLC |
| CENTRAL Intellectual Property & Law | Office of James F. Davis |
| Taj J. Clayton | Orange S.A. |
| CMS Cameron McKenna Nabarro Olswang LLP | Osborne Clarke LLP |

Become a Member   |   Find a Neutral   |   Access Rules   |   Access Model Clauses   |   File a Case   |   Ask Questions   |   +1 212.949.6490   |   Login/Account   |

Cole Valley Software

Conley Rose, P.C.

Cornerstone Research

CRLCONSULTING LLC

Cuatrecasas, Goncalves Pereira, S.L.P

Cyril Amarchand Mangaldas

David T. Lopez & Associates

Richard J. Davis, Attorney at Law

Demarest Advogados

DGR Legal

Diamond McCarthy LLP

Dickinson Wright PLLC

Dimitrov & Co. Law Firm

Donnelly Construction

Duane Morris LLP

Dykema Gossett PLLC

Eckert Seamans Cherin & Mellott, LLC

EIM International, Inc.

Faleck & Associados

Fasken

Fisher Phillips, LLP

Fitch Law Partners LLP

Foliart, Huff, Ottaway & Bottom

Frost Brown Todd LLC

Galloway Arbitration, Inc.

Gary Benton Arbitration

General Motors do Brasil Ltda.

Teresa Giovannini

GlaxoSmithKline

Gleason Alvarez ADR, LLC

Goldman Ismail Tomaselli Brennan & Baum LLP

Golkow Technologies Inc.

Gray Arbitration LLC

GrayRobinson, P.A.

Greenwood Arbitration

Phillips ADR

Phillips Nizer LLP

Pinheiro Neto Advogados

Portfolio Evaluations, Inc.

Premier Professionals International, LLC

Prudent Corporation

Will Pryor

Quattlebaum, Grooms & Tull PLLC

Ray Bender PLLC

ReimanADR

Richardson, Plowden, Grier & Howser

Rimini Street, Inc.

Rimon, P.C.

Ronald E. M. Goodman

Rosengard ADR

Rosman, Penalva, Souza Leão, Franco, Vale Advogados

Rusing Lopez & Lizardi, PLLC

Samaniego Law P.A.

Saul Ewing Arnstein & Lehr LLP

Schenck, Price, Smith & King LLP

Scheper Kim & Harris LLP

Eric Schwartz, Esq.

Scientific and Methodological Center for Mediation and Law

Sexton Riley LLP

Shardul Amarchand Mangaldas & Co

Shipley Snell Montgomery LLP

Smartchoice

Martha Solinger

Spinella Electrical Contracting

Sponsel Miller Greenberg PLLC

Squire Patton Boggs

Karl S. Stern, Esq.

SussmanADR LLC

Takada Legal, P.C.

Teradata Corporation

12/16/2019 CPR's Major Donors | CPR International Institute for Conflict Prevention & Resolution

Case 3:19-cv-07545-WHA Document 141 Filed 12/16/19 Page 12 of 13

Become a Member  |  Find a Neutral  |  Access Rules  |  Access Model Clauses  |  File a Case  |  Ask Questions  |  +1 212.949.6490  |  Login/Account  |

| | |
|---|---|
| Jeremy Hannan - GE Power | Thomson Reuters Corporation |
| Helmsing, Leach, Herlong, Newman & Rouse, P.C. | TozziniFreire Advogados |
| Henderson Legal Services | Trilegal |
| Henry Crown & Company | Troutman Sanders LLP |
| HeplerBroom LLC | U.S. Legal Support, Inc |
| Hill Ward Henderson | United-ADR |
| Holmes Law Dispute Resolution Services | University of Florida - Fredric G. Levin College of Law |
| Holt Group LLC | W.B. Mason Co., Inc. |
| Holwell Shuster & Goldberg LLP | Wagner Law Firm, P.C. |
| Homburger AG | Walker Morris LLP |
| Hylton ADR Services | Wärtsilä Corporation |
| IMS Expert Services | Dariusz Wasylkowski |
| Intapp, Inc. | White City Consulting |
| IST Management Services Inc. | Widman Law Offices LLC |
| J. Sagar Associates | Eric Wiechmann |
| Jack P. Levin, Arbitrator & Mediator | Windham Venture Partners |
| Kenneth L. Jacobs | Stephen P. Younger |
| William D. Johnston Esq. | |
| K & L Gates LLP | |
| Kang Haggerty & Fetbroyt LLC | |
| Katten Muchin Rosenman LLP | |
| Khaitan & Co. LLP | |
| Robert J. Kheel | |
| Klafter Olsen & Lesser LLP | |

**CPR would like to thank the following organizations that generously donated their services through pro-bono work:**

Foley Hoag LLP
Jackson Lewis P.C.
Nixon Peabody LLP
Willkie Farr & Gallagher LLP

Related

CPR's Major Donors | CPR International Institute for Conflict Prevention & Resolution

Become a Member  |   Find a Neutral  |   Access Rules  |   Access Model Clauses  |   File a Case  |   Ask Questions  |   +1 212.949.6490  |   Login/Account  |



International Institute for Conflict Prevention & Resolution, Inc.
30 East 33rd St., 6th Floor, New York, NY 10016
+1 212.949.6490 +1 212.949.8859 (fax)
info@cpradr.org

Copyright © 2019 All Rights Reserved.  |  Terms of Use  |  Privacy  |  Sitemap  |  Credits

| Staff |
| --- |
| Board |
| CPR Council |
| Annual Review |
| CPR Major Donors |
| Careers |