GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
   jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

JAMES FOGELMAN, SBN 161584
   jfogelman@gibsondunn.com
THEANE EVANGELIS, SBN 243570
   tevangelis@gibsondunn.com
MICHAEL HOLECEK, SBN 281034
   mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

Attorneys for Respondent DOORDASH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRELL ABERNATHY, et al.,<br><br>                    Petitioners,<br><br>         v.<br><br>DOORDASH, INC.,<br><br>                    Respondent.<br>───────────────────────────<br>CHRISTINE BOYD, et al.,<br><br>                    Petitioners,<br><br>         v.<br><br>DOORDASH, INC.,<br><br>                    Respondent. | CASE NOS.   3:19-cv-07545-WHA<br>                   3:19-cv-07646-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE DATE OF HEARING RE MOTION TO COMPEL ARBITRATION**<br><br>Action Filed:  November 15, 2019<br><br>Hearing Place: Courtroom 12 – 19th Floor<br>Honorable William Alsup |

## STIPULATION TO CHANGE DATE OF HEARING RE
## MOTION TO COMPEL ARBITRATION

Pursuant to Civil Local Rule 7-12, DoorDash, Inc. ("Respondent") and Terrell Abernathy, et al. ("Petitioners") (together with Respondent, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Petitioners filed a Petition to Compel Arbitration and Motion to Compel Arbitration on November 15, 2019 (Dkts. 1, 4);

WHEREAS, on December 10, 2019, the Parties submitted a stipulated briefing schedule on Petitioners' Motion to Compel Arbitration, which requested a hearing date of January 30, 2020 (Dkt. 134);

WHEREAS, on December 16, 2019, the Court issued an order granting the parties' stipulated briefing schedule but setting a hearing on Petitioners' Motion to Compel Arbitration for February 13, 2020 (Dkt. 139);

WHEREAS, counsel for DoorDash, Inc. is not available on February 5, 2020 or February 11–18, 2020;

WHEREAS, counsel for Petitioners have agreed to stipulate to change the hearing to any date before February 13, 2020;

WHEREAS, counsel for Petitioners oppose any hearing date after February 13, 2020;

NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order rescheduling the hearing on Petitioners' Motion to Compel Arbitration for any date between January 30, 2020 and February 10, 2020, except February 5, 2020.

**IT IS SO STIPULATED.**

//

//

//

//

1

STIPULATION AND [PROPOSED] ORDER TO CHANGE DATE OF HEARING RE MOTION TO COMPEL ARBITRATION
3:19-cv-07545-WHA
3:19-cv-07646-WHA

Dated:  December 16, 2019                    GIBSON, DUNN & CRUTCHER LLP


By: _____ /s/ Joshua Lipshutz _____
                        Joshua Lipshutz

Attorneys for Respondent DOORDASH, INC.


Dated:  December 16, 2019                    KELLER LENKNER LLC.


By: _____ /s/ Warren Postman _____
                        Warren Postman

Attorneys for PETITIONERS

## CM/ECF ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Joshua Lipshutz, herby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated:  December 16, 2019                    GIBSON, DUNN & CRUTCHER LLP


By: _____ /s/ Joshua Lipshutz _____
                        Joshua Lipshutz

Attorneys for Respondent DOORDASH, INC.

Gibson, Dunn &
Crutcher LLP

1

### [PROPOSED] ORDER

2      Having considered the Parties' Stipulation and Proposed Order to Change Hearing re Motion

3  to Compel Arbitration, and good cause appearing, the Court hereby GRANTS the Parties' stipulation.

4  It is HEREBY ORDERED that the hearing on Petitioners' Motion to Compel Arbitration is set for

5  _____.

6

7      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8

9  DATED: _____            _____

10                                          The Honorable William Alsup
                                            United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

# PROOF OF SERVICE

I, Yang Ding, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street #3000, San Francisco, California 94105, in said County and State.  On December 16, 2019, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO CHANGE DATE OF HEARING RE MOTION TO COMPEL ARBITRATION**

On the parties stated below, by the following means of service:

> CUSTIS LAW, P.C.
> Keith A. Custis
>    kcustis@custislawpc.com
> 1875 Century Park East, Suite 700
> Los Angeles, California 90067
> (213) 863-4276
>
> KELLER LENKNER LLC
> Ashley Keller
>    ack@kellerlenkner.com
> Travis Lenkner
>    tdl@kellerlenkner.com
> Marquel Reddish
>    mpr@kellerlenkner.com
> 150 N. Riverside Plaza, Suite 4270
> Chicago, Illinois 60606
> (312) 741-5220
>
> Warren Postman
>    wdp@kellerlenkner.com
> 1300 I Street, N.W., Suite 400E
> Washington, D.C. 20005
> (202) 749-8334

þ   **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**:  On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format of the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system.  After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

þ   **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

4

STIPULATION AND [PROPOSED] ORDER TO CHANGE DATE OF HEARING RE MOTION TO COMPEL ARBITRATION
3:19-cv-07545-WHA
3:19-cv-07646-WHA

Gibson, Dunn &
Crutcher LLP

1

2      Executed on December 16, 2019

3                                                    */s/ Yang Ding*
                                                      Yang Ding

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CHANGE DATE OF HEARING RE MOTION TO COMPEL ARBITRATION
3:19-cv-07545-WHA
3:19-cv-07646-WHA

Gibson, Dunn &
Crutcher LLP