GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   415.393.8200
Facsimile:    415.393.8306

JAMES FOGELMAN, SBN 161584
  jfogelman@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

Attorneys for Respondent DOORDASH, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRELL ABERNATHY, et al.,<br><br>　　　　　Petitioners,<br><br>　v.<br><br>DOORDASH, INC.,<br><br>　　　　　Respondent.<br>_____<br><br>CHRISTINE BOYD, et al.,<br><br>　　　　　Petitioners,<br><br>　v.<br><br>DOORDASH, INC.,<br><br>　　　　　Respondent. | CASE NOS.   3:19-cv-07545-WHA<br>　　　　　　　3:19-cv-07646-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE DATE OF HEARING RE MOTION TO COMPEL ARBITRATION**<br><br>Action Filed: November 15, 2019<br><br>Hearing Place: Courtroom 12 – 19th Floor<br>Honorable William Alsup |

STIPULATION AND [PROPOSED] ORDER TO CHANGE DATE OF HEARING RE MOTION TO COMPEL ARBITRATION
3:19-cv-07545-WHA
3:19-cv-07646-WHA

# STIPULATION TO CHANGE DATE OF HEARING RE MOTION TO COMPEL ARBITRATION

Pursuant to Civil Local Rule 7-12, DoorDash, Inc. ("Respondent") and Terrell Abernathy, et al. ("Petitioners") (together with Respondent, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Petitioners filed a Petition to Compel Arbitration and Motion to Compel Arbitration on November 15, 2019 (Dkts. 1, 4);

WHEREAS, on December 10, 2019, the Parties submitted a stipulated briefing schedule on Petitioners' Motion to Compel Arbitration, which requested a hearing date of January 30, 2020 (Dkt. 134);

WHEREAS, on December 16, 2019, the Court issued an order granting the parties' stipulated briefing schedule but setting a hearing on Petitioners' Motion to Compel Arbitration for February 13, 2020 (Dkt. 139);

WHEREAS, counsel for DoorDash, Inc. is not available on February 5, 2020 or February 11–18, 2020;

WHEREAS, counsel for Petitioners have agreed to stipulate to change the hearing to any date before February 13, 2020;

WHEREAS, counsel for Petitioners oppose any hearing date after February 13, 2020;

NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order rescheduling the hearing on Petitioners' Motion to Compel Arbitration for any date between January 30, 2020 and February 10, 2020, except February 5, 2020.

**IT IS SO STIPULATED.**

//
//
//
//

Gibson, Dunn & Crutcher LLP

1

STIPULATION AND [PROPOSED] ORDER TO CHANGE DATE OF HEARING RE MOTION TO COMPEL ARBITRATION
3:19-cv-07545-WHA
3:19-cv-07646-WHA

Dated:  December 16, 2019                    GIBSON, DUNN & CRUTCHER LLP


                                             By:        */s/ Joshua Lipshutz*
                                                          Joshua Lipshutz

                                             Attorneys for Respondent DOORDASH, INC.


Dated:  December 16, 2019                    KELLER LENKNER LLC.


                                             By:        */s/ Warren Postman*
                                                          Warren Postman

                                             Attorneys for PETITIONERS

## CM/ECF ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Joshua Lipshutz, herby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated:  December 16, 2019                    GIBSON, DUNN & CRUTCHER LLP


                                             By:        */s/ Joshua Lipshutz*
                                                          Joshua Lipshutz

                                             Attorneys for Respondent DOORDASH, INC.

**[PROPOSED] ORDER**

Having considered the Parties' Stipulation and Proposed Order to Change Hearing re Motion to Compel Arbitration, and good cause appearing, the Court hereby GRANTS the Parties' stipulation. It is HEREBY ORDERED that the hearing on Petitioners' Motion to Compel Arbitration is set for February 10, 2020 at 2 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 17, 2019.

_____
The Honorable William Alsup
United States District Court Judge

3

STIPULATION AND [PROPOSED] ORDER TO CHANGE DATE OF HEARING RE MOTION TO COMPEL ARBITRATION
3:19-cv-07545-WHA
3:19-cv-07646-WHA

Gibson, Dunn & Crutcher LLP