Keith A. Custis (#218818)
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California 90067
(213) 863-4276

Ashley Keller (*pro hac vice*)
  ack@kellerlenkner.com
Travis Lenkner (*pro hac vice*)
  tdl@kellerlenkner.com
Marquel Reddish (*pro hac vice*)
  mpr@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (*pro hac vice*)
  wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

*Attorneys for Petitioners*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TERRELL ABERNATHY, et al.,<br><br>Petitioners,<br><br>v.<br><br>DOORDASH, INC.,<br><br>Respondent. | CASE NOS. 3:19-cv-07545-WHA<br>              3:19-cv-07646-WHA<br><br>**PETITIONERS' STIPULATED ADMINISTRATIVE MOTION TO FILE DECLARATIONS UNDER SEAL**<br><br>[*Stipulation, Declaration of Marquel Reddish, and [Proposed] Order filed concurrently herewith*] |
| CHRISTINE BOYD, et al.,<br><br>Petitioners,<br><br>v.<br><br>DOORDASH, INC.,<br><br>Respondent. | Action Filed: November 15, 2019<br><br>Hearing Date: February 10, 2020<br>Hearing Time: 2:00 p.m.<br>Hearing Place: Courtroom 12 – 19th Floor<br>Honorable William Alsup |

In accordance with Civil Local Rules 7-11, 7-12, and 79-5(c)-(e), Petitioners file this stipulated administrative motion to file declarations in response to the Court's Order Regarding Declarations, ECF No. 50, under seal.

1. On November 26, 2019, this Court issued its Order Regarding Declarations, ECF No. 50, requiring each petitioner to submit "a sworn declaration from that petitioner at least setting forth his or her name and the identifying information he or she used to register with DoorDash, the approximate dates of service, and at least referencing in an ascertainable way the specific arbitration agreement he or she clicked through."

2. On December 16, 2019, this Court granted the parties' Stipulated and Proposed Order Regarding the Briefing Schedule for Petitioners' Amended Petition to Compel Arbitration, and ordered Petitioners to file their declarations on or before December 23, 2019.  ECF No. 139.

3. Petitioners' declarations contain personal identifying information, including their email addresses and home addresses.  Reddish Decl. ¶ 3.

4. On December 16, 2019, counsel for Petitioners emailed counsel for DoorDash asking if DoorDash would stipulate to Petitioners filing their declarations with personal identifying information redacted.  Reddish Decl. ¶ 4.

5. On December 17, 2019, counsel for DoorDash agreed to Petitioners filing redacted versions of their declarations.  Reddish Decl. ¶ 5.

6. Courts routinely allow (and in some instances order) parties to redact the type of information contained on Exhibit A, *see, e.g.*, *Ehret v. Uber Technologies, Inc.*, No. 14-cv-00113-EMC, 2015 WL 12977024, at *3 (N.D. Cal. Dec. 2, 2015) (finding that the "privacy interests implicated" in a list with "the names and e-mail addresses of Uber employees and Uber users . . . warrant redaction"); *O'Connor v. Uber Technologies, Inc.*, No. C-13-3826-EMC, 2015 WL 355496, at *3 (N.D. Cal. Jan. 27, 2015) ("[T]he Court will order Uber to redact the relevant driver's email address for privacy reasons, again noting that the email address is not relevant to any of the issues in this litigation, nor would the public have any real interest in its disclosure."); *see also* Redacting Sensitive Information, available at https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/preparing-my-

filing/redaction-of-information/ ("unique identifiers" are "types of information appropriate for redaction).

7. A redacted version of an example declaration is attached as Exhibit A to the Reddish Declaration, and an unredacted version of the example declaration is attached as Exhibit B (with the proposed redacted portions highlighted in yellow). Reddish Decl. ¶¶ 6, 7.

8. Petitioners would redact each Petitioner's declaration in substantially the same manner as Exhibit A. Reddish Decl. ¶ 6, n.1.

9. Petitioners respectfully request that the Court enter an Order establishing that Petitioners may file declarations in response to the Court's Order Regarding Declarations, ECF No. 50, under seal with personal identifying information redacted.

Dated: December 19, 2019

Respectfully submitted,

/s/ Marquel Reddish
Marquel Reddish (*pro hac vice*)
  mpr@kellerlenkner.com
Ashley Keller (*pro hac vice*)
  ack@kellerlenkner.com
Travis Lenkner (*pro hac vice*)
  tdl@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (*pro hac vice*)
  wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

Keith A. Custis (#218818)
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California 90067
(213) 863-4276

*Attorneys for Petitioners*

**STIPULATION**

In accordance with Civil Local Rules 7-11, 7-12, and 79-5(c)-(e), Petitioners file this stipulated administrative motion to file declarations in response to the Court's Order Regarding Declarations, ECF No. 50, under seal.

1. WHEREAS, on November 26, 2019, this Court issued its Order Regarding Declarations, ECF No. 50, requiring each petitioner to submit "a sworn declaration from that petitioner at least setting forth his or her name and the identifying information he or she used to register with DoorDash, the approximate dates of service, and at least referencing in an ascertainable way the specific arbitration agreement he or she clicked through";

2. WHEREAS, on December 16, 2019, this Court granted the parties' Stipulated and Proposed Order Regarding the Briefing Schedule for Petitioners' Amended Petition to Compel Arbitration, and ordered Petitioners to file their declarations on or before December 23, 2019, ECF No. 139;

3. WHEREAS, Petitioners' declarations contain personal identifying information, including their email addresses and home addresses;

4. WHEREAS, on December 16, 2019, counsel for Petitioners emailed counsel for DoorDash asking if DoorDash would stipulate to Petitioners filing their declarations with personal identifying information redacted;

5. WHEREAS, on December 17, 2019, counsel for DoorDash agreed to Petitioners filing redacted versions of their declarations;

6. NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order establishing that Petitioners may file declarations in response to the Court's Order Regarding Declarations, ECF No. 50, under seal with personal identifying information redacted.

//
//
//
//

**IT IS SO STIPULATED.**

Dated:  December 19, 2019                    GIBSON, DUNN & CRUTCHER LLP


                                             By:   /s/ Joshua S. Lipshutz
                                                   Joshua S. Lipshutz


                                             Attorneys for Respondent


Dated:  December 19, 2019                    KELLER LENKNER LLC


                                             By:   /s/ Marquel Reddish
                                                   Marquel Reddish


                                             Attorneys for Petitioners