GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
　jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:　415.393.8200
Facsimile:　415.393.8306

JAMES FOGELMAN, SBN 161584
　jfogelman@gibsondunn.com
THEANE EVANGELIS, SBN 243570
　tevangelis@gibsondunn.com
MICHAEL HOLECEK, SBN 281034
　mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:　213.229.7000
Facsimile:　213.229.7520

Attorneys for Respondent DOORDASH, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TERRELL ABERNATHY, et al.,<br><br>　　　　Petitioners,<br><br>　v.<br><br>DOORDASH, INC.,<br><br>　　　　Respondent.<br>――――――――――――――――――<br>CHRISTINE BOYD, et al.,<br><br>　　　　Petitioners,<br><br>　v.<br><br>DOORDASH, INC.,<br><br>　　　　Respondent. | CASE NOS.　3:19-cv-07545-WHA<br>　　　　　　　3:19-cv-07646-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR DOORDASH'S MOTION TO STAY PENDING FINAL APPROVAL OF CLASS SETTLEMENT** (AS MODIFIED)<br><br>Action Filed:  November 15, 2019<br><br>Proposed Hearing Date: February 10, 2020<br>Proposed Hearing Time: 2:00 p.m.<br>Hearing Place: Courtroom 12 – 19th Floor<br>Honorable William Alsup |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING
SCHEDULE FOR DOORDASH'S MOTION TO STAY PENDING FINAL APPROVAL OF CLASS SETTLEMENT
3:19-cv-07545-WHA & 3:19-cv-07646-WHA

**STIPULATION REGARDING SCHEDULE FOR RESPONDENT'S MOTION TO STAY**

Pursuant to Civil Local Rule 7-12, DoorDash, Inc. ("Respondent") and Terrell Abernathy, et al. ("Petitioners") (together with Respondent, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Petitioners filed an Amended Petition to Compel Arbitration and an Amended Motion to Compel Arbitration on December 23, 2019 (Dkts. 150, 151);

WHEREAS, Respondent filed an Opposition to Petitioners' Amended Motion to Compel Arbitration on January 16, 2020 (Dkt. 157);

WHEREAS, the Court is scheduled to hear oral argument on Petitioners' Amended Motion to Compel Arbitration on February 10, 2020;

WHEREAS, Respondent filed a Motion to Stay Pending Final Approval of Class Settlement on January 16, 2020 (Dkt. 158);

WHEREAS, under this Court's local rules, Petitioners' opposition to Respondent's Motion to Stay is due January 30, 2020;

WHEREAS, under this Court's local rules, Respondent's reply in support of its Motion to Stay is due February 6, 2020;

WHEREAS, Respondent noticed a hearing on its Motion to Stay for February 20, 2020, the earliest date on which Respondent's Motion to Stay may be heard under this Court's local rules;

WHEREAS, the Parties agree that it will promote judicial efficiency and conservation of resources for the hearing on Respondent's Motion to Stay to be scheduled for February 10, 2020 alongside Petitioners' Amended Motion to Compel Arbitration;

WHEREAS, the Parties request the following schedule regarding Respondent's Motion to Stay:

| | |
|---|---|
| Petitioners' deadline to file an opposition to Respondent's Motion to Stay | January 30, 2019 |
| Respondent's deadline to file a reply in support of its Motion to Stay | February 3, 2020 |
| Hearing on Respondent's Motion to Stay | February 10, 2020 |

1

STIPULATION AND [PROPOSED] ORDER REGARDING
SCHEDULE FOR DOORDASH'S MOTION TO STAY PENDING FINAL APPROVAL OF CLASS SETTLEMENT
3:19-cv-07545-WHA & 3:19-cv-07646-WHA

Gibson, Dunn & Crutcher LLP

WHEREAS, in accordance with Civil Local Rule 6.2(a)(2), the Parties have previously stipulated to the following time modifications in this case:

- The Parties stipulated to a briefing schedule for Petitioners' Amended Motion to Compel Arbitration, pursuant to this Court's instruction at the November 25, 2019 hearing. Dkt. 134.  The Court granted the Parties' request regarding the briefing schedule, but set the hearing date for Petitioners' Amended Motion to Compel Arbitration on February 13, 2020.  Dkt. 139 at 5.
- The Parties stipulated to change the hearing date on Petitioner's Amended Motion to Compel Arbitration "for any date between January 30, 2020 and February 10, 2020, except February 5, 2020."  Dkt. 142 at 2.  The Court set the hearing date for February 10, 2020.  Dkt. 143 at 3.

NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order establishing the following:

1. Petitioners shall file their opposition to Respondent's Motion to Stay on or before January 30, 2020;

2. Respondent shall file its Reply in support of its Motion to Stay on or before February 3, 2020;

3. The Hearing on the Motion to Stay Pending Final Approval of Class Settlement shall be set for February 10, 2020, concurrently with the hearing on Petitioners' Amended Motion to Compel Arbitration.

**IT IS SO STIPULATED**

Gibson, Dunn & Crutcher LLP

2

STIPULATION AND [PROPOSED] ORDER REGARDING
SCHEDULE FOR DOORDASH'S MOTION TO STAY PENDING FINAL APPROVAL OF CLASS SETTLEMENT
3:19-cv-07545-WHA & 3:19-cv-07646-WHA

Dated:  January 16, 2020          GIBSON, DUNN & CRUTCHER LLP


                                  By:       */s/ Joshua Lipshutz*
                                                Joshua Lipshutz

                                  Attorneys for Respondent DOORDASH, INC.


Dated:  January 16, 2020          KELLER LENKNER LLC.


                                  By:       */s/ Warren Postman*
                                                Warren Postman

                                  Attorneys for PETITIONERS


## CM/ECF ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Joshua Lipshutz, herby attest that concurrence in the filing of this document has been obtained from all signatories.


Dated:  January 16, 2020          GIBSON, DUNN & CRUTCHER LLP


                                  By:       */s/ Joshua Lipshutz*
                                                Joshua Lipshutz

                                  Attorneys for Respondent DOORDASH, INC.

Gibson, Dunn & Crutcher LLP

3
STIPULATION AND [PROPOSED] ORDER REGARDING
SCHEDULE FOR DOORDASH'S MOTION TO STAY PENDING FINAL APPROVAL OF CLASS SETTLEMENT
3:19-cv-07545-WHA & 3:19-cv-07646-WHA

**[PROPOSED] ORDER**

Having considered the parties' Stipulation and Proposed Order Regarding the Schedule for Respondent's Motion to Stay Pending Final Approval of Class Settlement, and good cause appearing, the Court hereby GRANTS the parties' stipulation. It is HEREBY ORDERED that the parties shall follow the schedule:

1. Petitioners shall file their opposition to Respondent's Motion to Stay on or before January 30, 2020, at noon

2. Respondent shall file its Reply in support of its Motion to Stay on or before February 3, 2020, at noon

3. The Hearing on the Motion to Stay Pending Final Approval of Class Settlement shall be set for February 10, 2020, concurrent with the hearing on Petitioners' Amended Motion to Compel Arbitration. at 2 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  January 17, 2020.                    _____
                                             The Honorable William Alsup
                                             United States District Court Judge

4
STIPULATION AND [PROPOSED] ORDER REGARDING
SCHEDULE FOR DOORDASH'S MOTION TO STAY PENDING FINAL APPROVAL OF CLASS SETTLEMENT
3:19-cv-07545-WHA & 3:19-cv-07646-WHA

Gibson, Dunn & Crutcher LLP