Keith A. Custis (#218818)
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California 90067
(213) 863-4276

Justin Griffin (#234675)
  justingriffin@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3100

Andrew Schapiro (pro hac vice)
  andrewschapiro@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Upper Wacker Dr., Suite 2700
Chicago, Illinois 60606
(312) 705-7472

*Attorneys for Petitioners*

Ashley Keller (pro hac vice)
  ack@kellerlenkner.com
Travis Lenkner (pro hac vice)
  tdl@kellerlenkner.com
Marquel Reddish (pro hac vice)
  mpr@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (pro hac vice)
  wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRELL ABERNATHY, et al.,<br><br>      Petitioners,<br><br>v.<br><br>DOORDASH, INC.,<br><br>      Respondent. | CASE NOS. 3:19-cv-07545-WHA<br>             3:19-cv-07646-WHA<br><br>**PETITIONERS' STIPULATED ADMINISTRATIVE MOTION TO FILE EXHIBITS UNDER SEAL**<br><br>[*Stipulation, Declaration of Aaron Zigler and [Proposed] Order filed concurrently herewith*] |
| CHRISTINE BOYD, et al.,<br><br>      Petitioners,<br><br>v.<br><br>DOORDASH, INC.,<br><br>      Respondent. | Action Filed:  November 15, 2019<br><br>Hearing Date: February 10, 2020<br>Hearing Time: 2:00 p.m.<br>Hearing Place: Courtroom 12 – 19th Floor<br>Honorable William Alsup |

In accordance with Civil Local Rules 7-11, 7-12, 79-5(c)-(e), and the Stipulated Protective Order Subject to Stated Conditions entered by this Court on December 24, 2019 ("Protective Order"), Petitioners file this stipulated administrative motion to file exhibits under seal.

1.     Pursuant to the Protective Order, when a party wishes to use a document that has been designated as confidential in support of a motion or other filing with the court, "any materials filed with the Court must be lodged with a request for filing under seal in compliance with Civil Local Rule 79-5" *See* Protective Order, ¶ 2.

2.     Pursuant to Civil Local Rule 79-5(e), Petitioners hereby notify the Court that they will conditionally file under seal exhibits which have been designated Confidential by International Institute for Conflict Prevention and Resolution, Inc. ("CPR"), or which contain or reference information so designated.  Specifically, Petitioners will conditionally file under seal the exhibits to the Declaration of Aaron Zigler in Support of Petitioners' Reply in Support of Amended Motion to Compel Arbitration (collectively, the "Confidential Materials").

3.     True and correct copies of the Confidential Materials are attached as Exhibit A to the Declaration of Aaron Zigler in Support of Stipulated Administration Motion to File Exhibits Under Seal ("Zigler Decl." or "Zigler Declaration").

4.     On January 23, 2020, counsel for DoorDash and counsel or CPR agreed to Petitioners filing the Confidential Materials under seal.  Zigler Decl. ¶ 4.

5.     Good cause under Fed. R. Civ. P. 26(c) is sufficient to seal discovery material attached to non-dispositive motions.  *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).  Rule 26(c) gives the district court wide discretion to protect the interests of private parties and to determine when good cause has been shown.  *Id*.  Petitioners seek to seal references to the Confidential Materials.  Zigler Decl. ¶ 6.  CPR, a non-party, has taken the position that Confidential Materials contain trade secrets, proprietary and confidential information, and sensitive information belonging to third parties.  *Id*.  Therefore, good cause exists to seal the Confidential Materials.

This application is also based on the information set forth in the Zigler Declaration, filed concurrently herewith.

//

Dated: January 23, 2020

Respectfully submitted,

/s/  Ashley Keller

Ashley Keller (*pro hac vice*)
  ack@kellerlenkner.com
Travis Lenkner (*pro hac vice*)
  tdl@kellerlenkner.com
Marquel Reddish (*pro hac vice*)
  mpr@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

Warren Postman (*pro hac vice*)
  wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
(202) 749-8334

Keith A. Custis (#218818)
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California 90067
(213) 863-4276

Justin Griffin (#234675)
  justingriffin@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN,
LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
(213) 443-3100

Andrew Schapiro (*pro hac vice*)
  andrewschapiro@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN,
LLP
191 N. Upper Wacker Dr., Suite 2700
Chicago, Illinois 60606
(312) 705-7472

*Attorneys for Petitioners*

## **STIPULATION**

In accordance with Civil Local Rules 7-11, 7-12, 79-5(c)-(e), Petitioners file this stipulated administrative motion to file exhibits under seal in response to this Court's Protective Order Subject to Stated Conditions ("Protective Order"), ECF No. 155, under seal.

1.      WHEREAS, on December 24, 2019, this Court issued its Protective Order requiring when a party wishes to use a document that has been designated as confidential in support of a motion or other filing with the court, "any materials filed with the Court must be lodged with a request for filing under seal,";

2.      WHEREAS, Petitioners' declaration exhibits contain documents designated as Confidential by International Institute for Conflict Prevention and Resolution, Inc. ("CPR") (collectively, the "Confidential Materials");

3.      WHEREAS, on January 23, 2020, counsel for Petitioners emailed counsel for DoorDash and CPR asking if both would stipulate to Petitioners filing the Confidential Materials under seal;

4.      WHEREAS, on January 23, 2020, counsel for DoorDash and CPR agreed to Petitioners filing the Confidential Materials under seal;

5.      NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order establishing that Petitioners may file the Confidential Materials under seal, under the Court's Protective Order, ECF No. 155.

//

//

//

//

//

//

//

//

//

//

1    **IT IS SO STIPULATED.**

2

3    Dated:  January 23, 2020          KELLER LENKNER LLC

4

5
                                       By:   /s/ Ashley Keller
6                                            Ashley Keller

7

8                                      Attorneys for Petitioners

9    Dated:  January 23, 2020          GIBSON, DUNN & CRUTCHER LLP

10

11
                                       By:   /s/ Joshua S. Lipshutz
12                                           Joshua S. Lipshutz

13

14                                     Attorneys for Respondent

15   Dated:  January 23, 2020          MORGAN, LEWIS & BOCKIUS LLP

16

17
                                       By:   /s/ Kimberly E. Lunetta
18                                           Kimberly E. Lunetta

19

20                                     Attorneys for International Institute for
                                       Conflict Prevention and Resolution, Inc.
21

22

23

24

25

26

27

28