| | |
|---|---|
| Keith A. Custis (#218818)<br>  kcustis@custislawpc.com<br>CUSTIS LAW, P.C.<br>1875 Century Park East, Suite 700<br>Los Angeles, California 90067<br>(213) 863-4276<br><br>Justin Griffin (#234675)<br>  justingriffin@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>(213) 443-3100<br><br>Andrew Schapiro (*pro hac vice*)<br>  andrewschapiro@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>191 N. Upper Wacker Dr., Suite 2700<br>Chicago, Illinois 60606<br>(312) 705-7472 | Ashley Keller (*pro hac vice*)<br>  ack@kellerlenkner.com<br>Travis Lenkner (*pro hac vice*)<br>  tdl@kellerlenkner.com<br>Marquel Reddish (*pro hac vice*)<br>  mpr@kellerlenkner.com<br>KELLER LENKNER LLC<br>150 N. Riverside Plaza, Suite 4270<br>Chicago, Illinois 60606<br>(312) 741-5220<br><br>Warren Postman (*pro hac vice*)<br>  wdp@kellerlenkner.com<br>KELLER LENKNER LLC<br>1300 I Street, N.W., Suite 400E<br>Washington, D.C. 20005<br>(202) 749-8334 |

*Attorneys for Petitioners*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TERRELL ABERNATHY, et al.,<br><br>              Petitioners,<br><br>     v.<br><br>DOORDASH, INC.,<br><br>              Respondent.<br><br>CHRISTINE BOYD, et al.,<br><br>              Petitioners,<br><br>     v.<br><br>DOORDASH, INC.,<br><br>              Respondent. | CASE NOS. 3:19-cv-07545-WHA<br>                    3:19-cv-07646-WHA<br><br>**DECLARATION OF AARON ZIGLER IN SUPPORT OF STIPULATED ADMINISTRATIVE MOTION TO FILE EXHIBITS UNDER SEAL**<br><br>Action Filed: November 15, 2019<br><br>Hearing Date: February 10, 2020<br>Hearing Time: 2:00 p.m.<br>Hearing Place: Courtroom 12 – 19th Floor<br>Honorable William Alsup |

I, Aaron M. Zigler, declare as follows:

1. I am a Partner at Keller Lenkner LLC, counsel for Petitioners in the above captioned matters.

2. I have personal knowledge of the facts stated herein, and if called upon as a witness, I could and would testify competently thereto.

3. Petitioners intend to conditionally file under seal exhibits which have been designated Confidential by International Institute for Conflict Prevention and Resolution, Inc. ("CPR"), or which contain or reference information so designated. Specifically, Petitioners will conditionally file under seal the exhibits to the Declaration of Aaron Zigler in Support of Petitioners' Reply in Support of Amended Motion to Compel Arbitration (collectively, the "Confidential Materials").

4. True and correct copies of the Confidential Materials are attached as Exhibit A.

5. On January 23, 2020, counsel for Petitioners emailed counsel for DoorDash and CPR, asking if both would stipulate to Petitioners filing the Confidential Materials under seal.

6. On January 23, 2020, counsel for DoorDash and counsel for CPR agreed to Petitioners filing the Confidential Materials under seal.

7. Good cause under Fed. R. Civ. P. 26(c) is sufficient to seal discovery material attached to non-dispositive motions. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). Rule 26(c) gives the district court wide discretion to protect the interests of private parties and to determine when good cause has been shown. *Id*. Petitioners seek to seal references to the Confidential Materials. CPR, a non-party, has taken the position that the Confidential Materials contain trade secrets, proprietary and confidential information, and sensitive information belonging to third parties. Therefore, good cause exists to seal the Confidential Materials.

I affirm that the foregoing is true under penalty of perjury under the laws of the United States.

Signed on January 23, 2020 in Chicago, Illinois.

/s/ *Aaron Zigler*
Aaron Zigler