# EXHIBIT A Unredacted Document(s) To Be Filed Under Seal

| From: | Helena Erickson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A53AEF00207B4B1E916EEA858FCF73D4-HELENA ERIC] |
| --- | --- |
| Sent: | 5/17/2019 2:16:05 PM |
| To: | Noah Hanft [nhanft@cpradr.org] |
| Subject: | Potential Business |

Just got off the phone with https://www.gibsondunn.com/lawyer/holecek-michael/ who has an Uber like client with many contracts with independent contractors and who is dissatisfied with the AAA's due process protocol requirements and requirements for companies paying filing fees and scared to death about being inundated with mass arbitration filings. He's looking for solutions. While noting that we adhere to the DDP, I said we would be willing to discuss discounted filing fees for a large book of business, suggested other ways of lowering costs such as single arbitrator and CPR selection. I mentioned the AKC program. He questioned whether we would ever do a flat fee for the full case load. I said that is something we haven't to my knowledge been asked before, we wouldn't reject out of hand but that would be above my pay grade and that at a minimum, the fee would have to be big enough to hire staff to cover the book of business. He was thrilled that we were even open for discussion unlike the AAA. He's going to take a look at our employment procedures as well as the AKC program and then may be discuss further.

Helena Tavares Erickson, Esq.
Senior Vice-President, Dispute Resolution Services & Corporate Secretary
CPR: International Institute for Conflict Prevention and Resolution
30 East 33rd St., 6th Floor
New York, NY 10016
T: ???949-6490 x 237
F: ???949-8859
www.cpradr.org

Connect with CPR: www.cpradr.org | Facebook | Twitter | LinkedIn

For more information about CPR's Administered Arbitration Rules, click here.

# EXHIBIT B Unredacted Document(s) To Be Filed Under Seal

| From: | Holecek, Michael [MHolecek@gibsondunn.com] |
|---|---|
| Sent: | 9/18/2019 11:41:57 AM |
| To: | Helena Erickson [herickson@cpradr.org] |
| Subject: | RE: Introduction |

Helena,

It was nice speaking with you again on the phone.  As I mentioned, I represent DoorDash, Inc., and we are looking to change our arbitration administrator from AAA to a new company.  We are looking for a way to solve the issue of mass arbitration demands.  Our current administrator charges us a separate $1900 filing fee for every arbitration demand, even if thousands of identical arbitration demands are filed at the same time.  Most of those arbitrations never proceed, and yet we still face the prospect of being billed for millions of dollars of filing fees.  We are looking for an alternative arrangement – such as a cap on filing-fee expenses, a fixed monthly retainer, and hourly arrangement, or some other type of alternative fee-schedule arrangement.

You mentioned that it may be possible to speak with Alan next Monday at noon eastern.  That time works for me.  If a different time works better for you and Alan, please let me know.

Best,
Michael


**Michael J. Holecek**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7018 • Fax +1 213.229.6018
MHolecek@gibsondunn.com • www.gibsondunn.com


**From:** Helena Erickson <herickson@cpradr.org>
**Sent:** Wednesday, May 15, 2019 10:18 AM
**To:** Holecek, Michael <MHolecek@gibsondunn.com>
**Subject:** RE: Introduction

[External Email]
Michael, Just to let you know, I have meetings scheduled from 2-4 my time – in case you want to speak before then.

Helena Tavares Erickson, Esq.
Senior Vice-President, Dispute Resolution Services & Corporate Secretary
CPR:  International Institute for Conflict Prevention and Resolution
**30 East 33rd St., 6th Floor**
**New York, NY 10016**
T: +212-949-6490 x 237
F: +212-949-8859
www.cpradr.org

**Connect with CPR: www.cpradr.org | Facebook | Twitter | LinkedIn**

For more information about CPR's Administered Arbitration Rules, click **here.**

**From:** Holecek, Michael <MHolecek@gibsondunn.com>
**Sent:** Tuesday, May 14, 2019 9:03 PM
**To:** Helena Erickson <herickson@cpradr.org>; Orlowski, Victoria R. <VOrlowski@gibsondunn.com>; Olivier Andre <oandre@cpradr.org>
**Subject:** RE: Introduction

Thank you very much, Helena. {And thank you, Victoria, for making the introduction}.
Helena, I will call you tomorrow. I look forward to speaking with you.
Best,
Michael


**Michael J. Holecek**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7018 • Fax +1 213.229.6018
MHolecek@gibsondunn.com • www.gibsondunn.com


**From:** Helena Erickson <herickson@cpradr.org>
**Sent:** Tuesday, May 14, 2019 6:00 PM
**To:** Orlowski, Victoria R. <VOrlowski@gibsondunn.com>; Olivier Andre <oandre@cpradr.org>
**Cc:** Holecek, Michael <MHolecek@gibsondunn.com>
**Subject:** Re: Introduction

[External Email]
That would be me. I am available after 10 am. 646 753 8237.

Get Outlook for iOS

**From:** Orlowski, Victoria R. <VOrlowski@gibsondunn.com>
**Sent:** Tuesday, May 14, 2019 8:15:04 PM
**To:** Olivier Andre
**Cc:** Helena Erickson; Holecek, Michael
**Subject:** Introduction

Olivier,

I hope this finds you well.
I'm in Miami getting ready to come back to New York and then go back to Miami again later this week -- long story....

A colleague of mine based out of California, Michael Holecek, is curious about CPR arbitration in the domestic US context.
He's got a very specific (and pretty concerning) issue he is dealing with.
He is hoping someone at CPR may be able help fashion a solution and prevent some attempted abuse of process.

Who is a good contact for him to talk to? I've copied him here.

Many thanks,

Victoria

Victoria Orlowski

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2367 * Fax +1 212.351.5257
VOrlowski@gibsondunn.com * www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

CPR_000011

# EXHIBIT C Unredacted Document(s) To Be Filed Under Seal

**From:**      Helena Erickson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A53AEF00207B4B1E916EEA858FCF73D4-HELENA ERIC]
**Sent:**      9/18/2019 11:51:54 AM
**To:**        Holecek, Michael [MHolecek@gibsondunn.com]
**Subject:**   RE: Introduction

Allen – do you want to  resend with correct spelling?

Helena Tavares Erickson, Esq.
Senior Vice-President, Dispute Resolution Services & Corporate Secretary
CPR:  International Institute for Conflict Prevention and Resolution
**30 East 33rd St., 6th Floor**
**New York, NY 10016**
T: +212-949-6490 x 237
F: +212-949-8859
www.cpradr.org



**Connect with CPR:** **www.cpradr.org** | **Facebook** | **Twitter** | **LinkedIn**

For more information about CPR's Administered Arbitration Rules, click **here**.

**From:** Holecek, Michael <MHolecek@gibsondunn.com>
**Sent:** Wednesday, September 18, 2019 11:42 AM
**To:** Helena Erickson <herickson@cpradr.org>
**Subject:** RE: Introduction

Helena,

It was nice speaking with you again on the phone.  As I mentioned, I represent DoorDash, Inc., and we are looking to change our arbitration administrator from AAA to a new company.  We are looking for a way to solve the issue of mass arbitration demands.  Our current administrator charges us a separate $1900 filing fee for every arbitration demand, even if thousands of identical arbitration demands are filed at the same time.  Most of those arbitrations never proceed, and yet we still face the prospect of being billed for millions of dollars of filing fees.  We are looking for an alternative arrangement – such as a cap on filing-fee expenses, a fixed monthly retainer, and hourly arrangement, or some other type of alternative fee-schedule arrangement.

You mentioned that it may be possible to speak with Alan next Monday at noon eastern.  That time works for me.  If a different time works better for you and Alan, please let me know.


Best,
Michael


**Michael J. Holecek**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7018 • Fax +1 213.229.6018
MHolecek@gibsondunn.com • www.gibsondunn.com

---

**From:** Helena Erickson <herickson@cpradr.org>
**Sent:** Wednesday, May 15, 2019 10:18 AM
**To:** Holecek, Michael <MHolecek@gibsondunn.com>
**Subject:** RE: Introduction

[External Email]
Michael, Just to let you know, I have meetings scheduled from 2-4 my time – in case you want to speak before then.

Helena Tavares Erickson, Esq.
Senior Vice-President, Dispute Resolution Services & Corporate Secretary
CPR:  International Institute for Conflict Prevention and Resolution
30 East 33rd St., 6th Floor
New York, NY 10016
T: +212-949-6490 x 237
F: +212-949-8859
www.cpradr.org

Connect with CPR: **www.cpradr.org** | **Facebook** | **Twitter** | **LinkedIn**

For more information about CPR's Administered Arbitration Rules, click **here**.

---

**From:** Holecek, Michael <MHolecek@gibsondunn.com>
**Sent:** Tuesday, May 14, 2019 9:03 PM
**To:** Helena Erickson <herickson@cpradr.org>; Orlowski, Victoria R. <VOrlowski@gibsondunn.com>; Olivier Andre <oandre@cpradr.org>
**Subject:** RE: Introduction

Thank you very much, Helena.  (And thank you, Victoria, for making the introduction).
Helena, I will call you tomorrow.  I look forward to speaking with you.
Best,
Michael


**Michael J. Holecek**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7018 ◦ Fax +1 213.229.6018
MHolecek@gibsondunn.com ◦ www.gibsondunn.com

---

**From:** Helena Erickson <herickson@cpradr.org>
**Sent:** Tuesday, May 14, 2019 6:00 PM
**To:** Orlowski, Victoria R. <VOrlowski@gibsondunn.com>; Olivier Andre <oandre@cpradr.org>
**Cc:** Holecek, Michael <MHolecek@gibsondunn.com>
**Subject:** Re: Introduction

[External Email]
That would be me.  I am available after 10 am.  646 753 8237.

Get Outlook for iOS

---

**From:** Orlowski, Victoria R. <VOrlowski@gibsondunn.com>
**Sent:** Tuesday, May 14, 2019 8:15:04 PM
**To:** Olivier Andre
**Cc:** Helena Erickson; Holecek, Michael
**Subject:** Introduction

Olivier,

I hope this finds you well.
I'm in Miami getting ready to come back to New York and then go back to Miami again later this week -- long story....

A colleague of mine based out of California, Michael Holecek, is curious about CPR arbitration in the domestic US context.
He's got a very specific (and pretty concerning) issue he is dealing with.
He is hoping someone at CPR may be able help fashion a solution and prevent some attempted abuse of process.

Who is a good contact for him to talk to?  I've copied him here.

Many thanks,

Victoria

 Victoria Orlowski

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.2367 * Fax +1 212.351.5257
VOrlowski@gibsondunn.com * www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CONFIDENTIAL

# EXHIBIT D Unredacted Document(s) To Be Filed Under Seal

**From**: Helena Erickson [herickson@cpradr.org]
**Sent**: 9/20/2019 6:35:31 PM
**To**: Allen Waxman [awaxman@cpradr.org]
**CC**: Anna Hershenberg [ahershenberg@cpradr.org]
**Subject**: Call with Michael

I spoke with Michael from Gibson Dunn, who send the regards of your old friend Kevin Rosen with whom he works. He clarified a number of points.

This would be prospective. It is NOT about the tips claims (which indeed are not expected in the future given the new policy) but about threatened claims over the alleged misclassification of the Dashers as independent contractors. They have already been threatened by 3 plaintiffs' firms with 20,000 alleged claims.

DoorDash has 500,000 Dashers in all 50 states and a couple of foreign countries (he's going to check on whether they have to sign the arbitration clauses). 300,000 are in California  Most are in or near a  major metropolis.  See https://leginfo.legislature.ca.gov/faces/billNavClient.xhtml?bill_id=201920200AB5 for California's newest bill/law that provides when independent contractors are employees.

Plaintiffs' counsel in the prior DD cases or in other clients' similar cases, filed either by filing a single demand with an attached spreadsheet of plaintiffs or by providing a zip file of 1000 identical (but for the claimant's name) demands.

AAA assigned a single case number and a single case manager in each instance and then held a single conference call, although they were assured that each matter would be assigned a separate arbitrator.  In other words – they docketed only 1 matter.
In the 1000 case instance, plaintiffs' firm was a four man entity that used the filing fee (that would have to be paid by DD) to try to "extort" a settlement. The plaintiffs' firm was only able to actually pursue a few of the cases. [Query if that is ethical – a lawyer can't take on more than he can handle.]

DD *has* arbitrated single cases filed by individual plaintiffs and there have been some optouts who filed court cases.

He does not believe that his client would care if a single docket number or DD-1, 2, 3, etc. were assigned to his matter. What he cares about are the filing fees being used to extort a settlement.  He had looked at our website and was very interested in the NA Rules because he saw them as a way to avoid the filing fees. I pointed out that in the event that CPR was called upon to select the arbitrator as he was contemplating, absent an agreement, there would be a fee of $3000/case for a single arbitrator case.

Some Potential issues/questions to myself:





Helena Tavares Erickson, Esq.
Senior Vice-President, Dispute Resolution Services & Corporate Secretary
CPR:  International Institute for Conflict Prevention and Resolution
**30 East 33rd St., 6th Floor**
**New York, NY 10016**
T: +212-949-6490 x 237
F: +212-949-8859
www.cpradr.org



**Connect with CPR: www.cpradr.org | Facebook | Twitter | LinkedIn**

For more information about CPR's Administered Arbitration Rules, click <u>here</u>.

CONFIDENTIAL

CPR_000052

# EXHIBIT E Unredacted Document(s) To Be Filed Under Seal

**UNREDACTED VERSION OF DOCUMENT(S) TO BE SEALED**

---

| | |
|---|---|
| **From:** | Helena Erickson |
| **Sent:** | Friday, September 27, 2019 5:23 PM |
| **To:** | Allen Waxman |
| **Subject:** | Re: Catch up |

Spoke with GB.  He's good with NA Rules and 40+ on Panel.  Focusing on how will arbitrators do so many cases.  I said have you considered test cases and his reaction was that might work since there is no binding precedent but he'll have to prep his client because he's going to see Collective Action lightbulbs right away.  I said we'd do more thinking on it, so I think we are in a good position to float your proposal.

Get Outlook for iOS

---

**From:** Allen Waxman <awaxman@cpradr.org>
**Sent:** Friday, September 27, 2019 5:04:09 PM
**To:** Helena Erickson <herickson@cpradr.org>
**Subject:** Accepted: Catch up
**When:** Wednesday, October 2, 2019 11:30 AM-12:00 PM.
**Where:**

1

CONFIDENTIAL

# EXHIBIT F Unredacted Document(s) To Be Filed Under Seal

| | |
|---|---|
| **From**: | Allen Waxman [awaxman@cpradr.org] |
| **Sent**: | 10/2/2019 6:21:42 PM |
| **To**: | Thomas Sabatino [tjsabatino@gmail.com]; 'Kiernan, John S.' [jskiernan@debevoise.com] |
| **CC**: | Helena Erickson [herickson@cpradr.org] |
| **Subject**: | RE: DRS |
| **Attachments**: | Multi-Claims Protocol - Draft 10-2-19.docx |

I am looking forward to our call tomorrow.

Helena and I have been working back and forth on a draft protocol that would help guide our work with a multiple individual claim scenario. See the attached. This can help guide our discussion.

Thanks

---

**From:** Allen Waxman <awaxman@cpradr.org>
**Sent:** Saturday, September 28, 2019 2:21 PM
**To:** Thomas Sabatino <tjsabatino@gmail.com>; 'Kiernan, John S.' <jskiernan@debevoise.com>
**Cc:** Helena Erickson <herickson@cpradr.org>; Laura DeLuca <LDeLuca@cpradr.org>
**Subject:** DRS

*Tom and John – hope you are doing well.*

*Just got back from Europe last evening – Zurich, Oslo, and Barcelona. Had some great events, made a number of pitches to prospects and met with EAB. All in all, a great two weeks in some not too bad venues!*

*While I was away, a friend of mine from Gibson, Dunn (member firm) referred a matter to us for potential handling. It involves their client Door Dash, which runs one of these delivery services, like Seamless and others. They engage thousands of delivery people, who they classify as independent contractors. Many of them are now challenging this classification under a recent California decision – Dynamex Operations West, Inc v. Superior Court of Los Angeles, which broadens the definition of what qualifies as an employment relationship. Even so, the governing law under the contract is defined as the place where the contractor performs most of her services, so the individual claims will likely turn on the applicable law and the weighing of various factors.*

*In their contracts with their individual delivery service providers, they have an "opt out" arbitration clause and a class/collective action waiver. The contracts seem to meet our due process protocols. The contracts rely upon the AAA rules and provisions.*

*Door Dash has been threatened by plaintiff lawyers with the filing of thousands of individual claims. AAA is charging $1900 per case; a fact that plaintiffs have used to try and force an upfront settlement. Door Dash has asked AAA for some relief; AAA has refused although they have said they are working on a fee schedule for mass filing of claims. None has yet been generated. Thus far, Door Dash has paid for the filing fees on about 250 so as to allow them to proceed*

*Door Dash and Gibson, Dunn are frustrated, and are interested in changing the Door Dash contracts going forward to move away from AAA, and want to explore application of our non-administered rules in these circumstances so as to avoid a filing fee altogether. We have been discussing with them the challenges of arbitrator selection, nonetheless, and the overall challenge of handling a mass filing of individual arbitration claims. Gibson understands, and wants to brainstorm with us.*

*I would like to explore a way to work on this because it is the kind of problem that demands CPR innovation, would further our mission, and could be an important source of funding going forward. We have canvassed our panel to*

*determine how many might be interested in handling these matters.  Over 40 have thus far expressed interest.  Gibson does not think plaintiffs will actually pursue that many claims.  Even so, it is daunting for any arbitral provider, and  Helena and I have been thinking about various protocols to make this more feasible, and to increase our efficiencies while maintaining due process controls.*

*Ultimately, it may not be possible for us to engage, but I think it might be useful if we spoke later this week if you are available.  I am out for the holidays on Monday and Tuesday, but let us know if you would be available Wednesday – Friday.  I am copying Laura for this purpose as well.*

*Thanks*

*--Allen*

# EXHIBIT G
# Unredacted
# Document(s)
# To Be Filed
# Under Seal

| From: | Allen Waxman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E31B05E866BD4819B766DC92347F90BA-ALLEN WAXMA] |
|---|---|
| Sent: | 10/6/2019 7:55:31 PM |
| To: | Holecek, Michael [MHolecek@gibsondunn.com] |
| CC: | Helena Erickson [herickson@cpradr.org] |
| BCC: | Allen Waxman [awaxman@cpradr.org] |
| Subject: | Door Dash |
| Attachments: | Multi-Claims Protocol - Draft for Gibson.docx |

Mike – I hope you have been well, and your trial went ok.

I understand we may be talking tomorrow about the Door Dash matter.

We think we can be helpful.  Helena and I have been working with other leaders in our organization on pulling together a protocol for how CPR might proceed in handling multiple, simultaneously-filed claims of 50 or more.  We believe we have identified an innovative solution that makes arbitration work for all involved in a fair and efficient matter.

Attached is our first draft of a protocol.  We think it enables the parties in good faith to try and resolve their disputes in an efficient fashion by using test arbitration cases and mediation.  If this fails, the parties can then opt out or proceed with the remaining arbitrations.  We at CPR believe that this provides a fair and preferable alternative to litigation.

We also have proposed some of the financials that would make this possible for us, but are happy to discuss further with you.

We believe that this protocol coupled with our panel of neutrals, non-administered rules and cost-structure can effectively and efficiently assist in getting the matter resolved.

We look forward to discussing with you (perhaps tomorrow afternoon), and look forward to hearing your thoughts.

Thanks

-Allen

# EXHIBIT H
# Unredacted
# Document(s)
# To Be Filed
# Under Seal

| | |
|---|---|
| **From**: | Allen Waxman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E31B05E866BD4819B766DC92347F90BA-ALLEN WAXMA] |
| **Sent**: | 10/14/2019 11:37:37 AM |
| **To**: | Holecek, Michael [MHolecek@gibsondunn.com] |
| **CC**: | Helena Erickson [herickson@cpradr.org] |
| **BCC**: | Allen Waxman [awaxman@cpradr.org] |
| **Subject**: | Protocol |
| **Attachments**: | Multi-Claims Protocol Draft for Gibson(4).docx |

Michael – hope you had a nice weekend.

Attached is our latest provisional protocol. I think this captures the various concepts we have discussed. In the end, we think that the appellate procedure is probably not worth the time delay given that there are 10 test cases. Having 10 cases should bring sufficient credibility to the mediation process, and we could foresee ways that an appellate review of ten cases could unnecessarily complicate matters. Happy to discuss further.

We think that the protocol addresses the issue raised the other day by allowing the parties in the mediation to set forth a process for presenting and resolving individual claims. If there is a threshold that needs to be reached, the parties can agree upon that with the mediator, but we don't think the arbitrations need be stayed in the meantime because it will take time for those arbitrations to proceed in any event, and this will incentivize all parties to work through the process efficiently. Happy to discuss this as well.

We still need to vet aspects of this protocol with our leadership so it is not final, but should allow us to continue the dialogue. We also have placeholders on the financial fees, and can finalize those as the protocol progresses.

Let us know if you have any questions.

Thanks

# EXHIBIT I Unredacted Document(s) To Be Filed Under Seal

| From: | Holecek, Michael [MHolecek@gibsondunn.com] |
|---|---|
| Sent: | 10/15/2019 5:12:41 PM |
| To: | Allen Waxman [awaxman@cpradr.org] |
| CC: | Helena Erickson [herickson@cpradr.org] |
| Subject: | RE: Door Dash |
| Attachments: | Multi-Claims Protocol Draft for Gibson(4).docx |
| | |
| Flag: | Flag for follow up |

Allen and Helena,

Thanks again for sending this revised protocol.  We continue to think that we are on the same page and that the protocol could work for DoorDash.  In the attached draft, I've interlineated a few comments, questions, and recommendations.  If it is easy for you to email me responses, that works fine.  Alternatively, if it is easier for you to discuss these issues over the phone, that works as well.  We can find a time later this week for a call.

Thanks again.


**Michael J. Holecek**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7018 ∘ Fax +1 213.229.6018
MHolecek@gibsondunn.com ∘ www.gibsondunn.com

---

**From:** Allen Waxman <awaxman@cpradr.org>
**Sent:** Sunday, October 6, 2019 4:56 PM
**To:** Holecek, Michael <MHolecek@gibsondunn.com>
**Cc:** Helena Erickson <herickson@cpradr.org>
**Subject:** Door Dash

[External Email]
Mike – I hope you have been well, and your trial went ok.

I understand we may be talking tomorrow about the Door Dash matter.

We think we can be helpful.  Helena and I have been working with other leaders in our organization on pulling together a protocol for how CPR might proceed in handling multiple, simultaneously-filed claims of 50 or more.  We believe we have identified an innovative solution that makes arbitration work for all involved in a fair and efficient matter.

Attached is our first draft of a protocol.  We think it enables the parties in good faith to try and resolve their disputes in an efficient fashion by using test arbitration cases and mediation.  If this fails, the parties can then opt out or proceed with the remaining arbitrations.  We at CPR believe that this provides a fair and preferable alternative to litigation.

We also have proposed some of the financials that would make this possible for us, but are happy to discuss further with you.

We believe that this protocol coupled with our panel of neutrals, non-administered rules and cost-structure can effectively and efficiently assist in getting the matter resolved.

We look forward to discussing with you (perhaps tomorrow afternoon), and look forward to hearing your thoughts.

Thanks

-Allen

This message may contain confidential and privileged information for the sole use of the intended recipient.
Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If
it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this
message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy
policy.

CONFIDENTIAL

# EXHIBIT J
# Unredacted
# Document(s)
# To Be Filed
# Under Seal

# UNREDACTED VERSION OF DOCUMENT(S) TO BE SEALED

| | |
|---|---|
| **From:** | Allen Waxman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E31B05E866BD4819B766DC92347F90BA-ALLEN WAXMA] |
| **Sent:** | 10/24/2019 5:50:27 PM |
| **To:** | Holecek, Michael [MHolecek@gibsondunn.com]; Lipshutz, Joshua S. [JLipshutz@gibsondunn.com]; Gregg Farano [gregg.farano@doordash.com]; Helena Erickson [herickson@cpradr.org] |
| **BCC:** | Allen Waxman [awaxman@cpradr.org] |
| **Subject:** | RE: DoorDash/CPR call |
| **Attachments:** | Mass-Claims Provisional Protocol--DD.docx |

Michael, Josh and Gregg – please see the latest version of the protocol for our discussion below.

We believe we have addressed all of Michael comments from the prior draft to the extent feasible for us.  We can talk about fees albeit we are still finalizing our analysis on this.

We look forward to our discussion tomorrow.

Thank you

-----Original Appointment-----
**From:** Holecek, Michael <MHolecek@gibsondunn.com>
**Sent:** Friday, October 18, 2019 11:59 AM
**To:** Holecek, Michael; Lipshutz, Joshua S.; Gregg Farano; Helena Erickson; Allen Waxman
**Subject:** DoorDash/CPR call
**When:** Friday, October 25, 2019 12:30 PM-1:15 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** (866) 747-5969, code 2132297018

**Toll-free dial-in number (U.S. and Canada):**
(866) 747-5969

**International dial-in number:**
(631) 812-8554

**Conference code:**
2132297018

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CPR_000222

# EXHIBIT K
# Unredacted
# Document(s)
# To Be Filed
# Under Seal

| | |
|---|---|
| **From**: | Allen Waxman [awaxman@cpradr.org] |
| **Sent**: | 10/28/2019 2:51:46 PM |
| **To**: | Holecek, Michael [MHolecek@gibsondunn.com]; Gregg Farano [gregg.farano@doordash.com]; Lipshutz, Joshua S. [JLipshutz@gibsondunn.com]; Helena Erickson [herickson@cpradr.org] |
| **Subject**: | RE: DD/CPR call |
| **Attachments**: | Mass-Claims Employment-Related Protocol--DD.docx |
| | |
| **Flag**: | Flag for follow up |

*Michael, Gregg and Josh – Helena may not be able to join us for today's call, but let's proceed in any event.*

*I am attaching the latest version of the Protocol. We should be able to post the Protocol and a template before week's end.  We do think it important that all claimants who will be subject to the Protocol be given the opportunity to review the Protocol before signing on.*

*In terms of the fee structure under the Protocol, we propose to specify those fees separately in a note to be accepted and confirmed by you all.  We should have numbers shortly, but I just want to specify what they will cover:*

- *The <u>initiation fee</u> (Para 1) shall cover the costs for processing the template relating to the Initial Mass Arbitrations filed with CPR, support for the resolution by the Administrative Arbitrator of any disputes relating to the application of the Protocol to particular claims, and the initial presentation of the Master List to counsel for Door Dash;*
- *The <u>appointment fee</u> per arbitrator appointment (para 4f and Para 22) shall cover the costs relating to managing the appointment process;*
- *The <u>mediation administrative fee</u> (Para 8) shall cover the costs relating to anonymization of the test case awards as well as selection of the mediator;*
- *The <u>presentation fee</u> (Para 19) shall cover the costs relating to refreshing of the Master List, addressing any objections to the Master List as well as the costs of sequencing opt-outs and opt-ins;*
- *There are references to other <u>a la carte fees</u> in the Protocol should other services be needed (i.e., fundholding); and*
- *Finally, subject to Para 27, CPR reserves the right to revisit with Door Dash the fee structure subject to experience under the Protocol.*

-----Original Appointment-----
**From:** Holecek, Michael <MHolecek@gibsondunn.com>
**Sent:** Friday, October 25, 2019 5:05 PM
**To:** Holecek, Michael; Gregg Farano; Lipshutz, Joshua S.; Allen Waxman; Helena Erickson
**Subject:** DD/CPR call
**When:** Monday, October 28, 2019 2:00 PM-3:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** (866) 747-5969, code 2132297018

Toll-free dial-in number (U.S. and Canada):
(866) 747-5969

International dial-in number:
(631) 812-8554

Conference code:
2132297018

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CONFIDENTIAL

# EXHIBIT L
# Unredacted
# Document(s)
# To Be Filed
# Under Seal

| | |
|---|---|
| **From**: | Allen Waxman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E31B05E866BD4819B766DC92347F90BA-ALLEN WAXMA] |
| **Sent**: | 10/29/2019 12:41:50 PM |
| **To**: | Holecek, Michael [MHolecek@gibsondunn.com]; Gregg Farano [gregg.farano@doordash]; Lipshutz, Joshua S. [JLipshutz@gibsondunn.com]; Helena Erickson [herickson@cpradr.org] |
| **BCC**: | Allen Waxman [awaxman@cpradr.org] |
| **Subject**: | RE: DD/CPR call |
| **Attachments**: | Mass-Claims Employment-Related Protocol--DD-001.docx |

*Please find attached the Protocol with one addition we have made in footnote 3.*

*What is the status out there?*

*We are still working through some issues here.*

*Thanks*

---

**From:** Allen Waxman <awaxman@cpradr.org>
**Sent:** Monday, October 28, 2019 2:52 PM
**To:** Holecek, Michael <MHolecek@gibsondunn.com>; Gregg Farano <gregg.farano@doordash.com>; Lipshutz, Joshua S. <JLipshutz@gibsondunn.com>; Helena Erickson <herickson@cpradr.org>
**Subject:** RE: DD/CPR call

*Michael, Gregg and Josh – Helena may not be able to join us for today's call, but let's proceed in any event.*

*I am attaching the latest version of the Protocol. We should be able to post the Protocol and a template before week's end. We do think it important that all claimants who will be subject to the Protocol be given the opportunity to review the Protocol before signing on.*

*In terms of the fee structure under the Protocol, we propose to specify those fees separately in a note to be accepted and confirmed by you all. We should have numbers shortly, but I just want to specify what they will cover:*

- *The <u>initiation fee</u> (Para 1) shall cover the costs for processing the template relating to the Initial Mass Arbitrations filed with CPR, support for the resolution by the Administrative Arbitrator of any disputes relating to the application of the Protocol to particular claims, and the initial presentation of the Master List to counsel for Door Dash;*
- *The <u>appointment fee</u> per arbitrator appointment (para 4f and Para 22) shall cover the costs relating to managing the appointment process;*
- *The <u>mediation administrative fee</u> (Para 8) shall cover the costs relating to anonymization of the test case awards as well as selection of the mediator;*
- *The <u>presentation fee</u> (Para 19) shall cover the costs relating to refreshing of the Master List, addressing any objections to the Master List as well as the costs of sequencing opt-outs and opt-ins;*
- *There are references to other <u>a la carte fees</u> in the Protocol should other services be needed (i.e., fundholding); and*
- *Finally, subject to Para 27, CPR reserves the right to revisit with Door Dash the fee structure subject to experience under the Protocol.*

-----Original Appointment-----
**From:** Holecek, Michael <MHolecek@gibsondunn.com>
**Sent:** Friday, October 25, 2019 5:05 PM
**To:** Holecek, Michael; Gregg Farano; Lipshutz, Joshua S.; Allen Waxman; Helena Erickson
**Subject:** DD/CPR call

CONFIDENTIAL

**When:** Monday, October 28, 2019 2:00 PM-3:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** (866) 747-5969, code 2132297018

**Toll-free dial-in number (U.S. and Canada):**
(866) 747-5969

**International dial-in number:**
(631) 812-8554

**Conference code:**
2132297018

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CONFIDENTIAL

CPR_000260

# EXHIBIT M

# Unredacted Document(s) To Be Filed Under Seal

| | |
|---|---|
| **From**: | Allen Waxman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E31B05E866BD4819B766DC92347F90BA-ALLEN WAXMA] |
| **Sent**: | 10/30/2019 5:40:28 PM |
| **To**: | Holecek, Michael [MHolecek@gibsondunn.com] |
| **BCC**: | Allen Waxman [awaxman@cpradr.org] |
| **Subject**: | RE: DD/CPR call |
| **Attachments**: | Employment-Related Mass Claims Protocol.docx |

Michael – one other change. See paragraph 27, which we think necessary given various state laws.

Let me know if you have any questions. We are going to send off the agreement.

Any updates on status?

**From:** Allen Waxman
**Sent:** Tuesday, October 29, 2019 12:42 PM
**To:** Holecek, Michael <MHolecek@gibsondunn.com>; Gregg Farano <gregg.farano@doordash.com>; Lipshutz, Joshua S. <JLipshutz@gibsondunn.com>; Helena Erickson <herickson@cpradr.org>
**Subject:** RE: DD/CPR call

*Please find attached the Protocol with one addition we have made in footnote 3.*

*What is the status out there?*

*We are still working through some issues here.*

*Thanks*

**From:** Allen Waxman <awaxman@cpradr.org>
**Sent:** Monday, October 28, 2019 2:52 PM
**To:** Holecek, Michael <MHolecek@gibsondunn.com>; Gregg Farano <gregg.farano@doordash.com>; Lipshutz, Joshua S. <JLipshutz@gibsondunn.com>; Helena Erickson <herickson@cpradr.org>
**Subject:** RE: DD/CPR call

*Michael, Gregg and Josh – Helena may not be able to join us for today's call, but let's proceed in any event.*

*I am attaching the latest version of the Protocol. We should be able to post the Protocol and a template before week's end. We do think it important that all claimants who will be subject to the Protocol be given the opportunity to review the Protocol before signing on.*

*In terms of the fee structure under the Protocol, we propose to specify those fees separately in a note to be accepted and confirmed by you all. We should have numbers shortly, but I just want to specify what they will cover:*

- *The <u>initiation fee</u> (Para 1) shall cover the costs for processing the template relating to the Initial Mass Arbitrations filed with CPR, support for the resolution by the Administrative Arbitrator of any disputes relating to the application of the Protocol to particular claims, and the initial presentation of the Master List to counsel for Door Dash;*
- *The <u>appointment fee</u> per arbitrator appointment (para 4f and Para 22) shall cover the costs relating to managing the appointment process;*
- *The <u>mediation administrative fee</u> (Para 8) shall cover the costs relating to anonymization of the test case awards as well as selection of the mediator;*

- *The <u>presentation fee</u> (Para 19) shall cover the costs relating to refreshing of the Master List, addressing any objections to the Master List as well as the costs of sequencing opt-outs and opt-ins;*
- *There are references to other <u>a la carte fees</u> in the Protocol should other services be needed (i.e., fundholding); and*
- *Finally, subject to Para 27, CPR reserves the right to revisit with Door Dash the fee structure subject to experience under the Protocol.*

-----Original Appointment-----
**From:** Holecek, Michael <<u>MHolecek@gibsondunn.com</u>>
**Sent:** Friday, October 25, 2019 5:05 PM
**To:** Holecek, Michael; Gregg Farano; Lipshutz, Joshua S.; Allen Waxman; Helena Erickson
**Subject:** DD/CPR call
**When:** Monday, October 28, 2019 2:00 PM-3:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** (866) 747-5969, code 2132297018

Toll-free dial-in number (U.S. and Canada):
(866) 747-5969

International dial-in number:
(631) 812-8554

Conference code:
2132297018

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at <u>https://www.gibsondunn.com/</u> for information regarding the firm and/or our privacy policy.

CPR_000278

# EXHIBIT N
# Unredacted Document(s) To Be Filed Under Seal

# <span>C</span>UNREDACTED VERSION OF DOCUMENT(S) TO BE SEALED

| | |
|---|---|
| **From**: | Allen Waxman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E31B05E866BD4819B766DC92347F90BA-ALLEN WAXMA] |
| **Sent**: | 10/29/2019 10:10:50 AM |
| **To**: | tjsabatino@gmail.com; Kiernan, John S. [jskiernan@debevoise.com] |
| **CC**: | Helena Erickson [herickson@cpradr.org] |
| **BCC**: | Allen Waxman [awaxman@cpradr.org] |
| **Subject**: | RE: Mass Claims Protocol |

*We spoke to Door Dash last evening. They may want to launch as early as later today albeit this may have to be tempered by our getting everything up on the website in a timely fashion.*

*They are seeking to modify all of their contracts with their "Dashers" to change from AAA to CPR. They will decide whether to do this under our Administered or Non-Administered Rules, but in either event, once the threshold is hit, the Protocol will apply and will govern.*

*They are offering opt out opportunities to new Dashers but, for those who have already been given an opt out opportunity from arbitration, they will not get a separate opt out opportunity before signing off on an amended contract – other than the ability not to sign up. The idea is for the contracts to link to the Protocol on our website.*

*We will not publicly disclose our fees but just refer folks who want to avail themselves of the Protocol to consult with us. We will gain the agreement of Door Dash to the below fee structure.*

*We are ready to execute.*

*Please let us know if you have any remaining questions.*

*Thanks*

**From:** Allen Waxman
**Sent:** Sunday, October 27, 2019 4:26 PM
**To:** 'tjsabatino@gmail.com' <tjsabatino@gmail.com>; 'Kiernan, John S.' <jskiernan@debevoise.com>
**Cc:** Helena Erickson <herickson@cpradr.org>
**Subject:** Mass Claims Protocol

*Tom and John – hope this note finds you well. As we discussed some weeks ago, we have proceeded in our discussions with Gibson Dunn and its client Door Dash in developing the attached Protocol (which has also benefited from inputs from a number of lawyers at our members, including Ken Feinberg). Door Dash may want to go live with this Protocol this week as it updates its contracts with its contractors.*

*Please let us know if you have any additional comments or questions. In addition to the terms of the Protocol, we will propose the following fee structure under the Protocol to Door Dash for their confirmation:*

- *The initiation fee (Para 1) shall be $60,000.00, which covers the costs for processing the template relating to the Initial Mass Arbitrations filed with CPR, support for the resolution of any disputes relating to the application of the Protocol to particular claims, and the initial presentation of the Master List to counsel for Door Dash;*
- *The appointment fee per arbitrator appointment (Para 4f and Para 22) shall be $3000.00, which covers the costs relating to managing the appointment process;*
- *The mediation fee (Para 8) shall be $15,000.00, which covers the costs relating to anonymization of the test case awards as well as selection of the mediator;*
- *The presentation fee (Para 19) shall be $15,000, which covers the costs relating to refreshing of the Master List, addressing any objections to the Master List as well as the costs of sequencing opt-outs and opt-ins; and*

- ***Finally, subject to Para 27, CPR reserves the right to revisit with Door Dash the fee structure subject to experience under the Protocol.***

CONFIDENTIAL

# EXHIBIT O Unredacted Document(s) To Be Filed Under Seal

| From: | Holecek, Michael [MHolecek@gibsondunn.com] |
|---|---|
| Sent: | 10/30/2019 6:23:07 PM |
| To: | Allen Waxman [awaxman@cpradr.org] |
| Subject: | RE: DD/CPR call |

Thanks, Allen.
Our timing is stable right now, and I don't anticipate having to do anything before Thursday.

**Michael J. Holecek**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7018 • Fax +1 213.229.6018
MHolecek@gibsondunn.com • www.gibsondunn.com

---

**From:** Allen Waxman <awaxman@cpradr.org>
**Sent:** Wednesday, October 30, 2019 2:40 PM
**To:** Holecek, Michael <MHolecek@gibsondunn.com>
**Subject:** RE: DD/CPR call

[External Email]
Michael – one other change. See paragraph 27, which we think necessary given various state laws.

Let me know if you have any questions. We are going to send off the agreement.

Any updates on status?

---

**From:** Allen Waxman
**Sent:** Tuesday, October 29, 2019 12:42 PM
**To:** Holecek, Michael <MHolecek@gibsondunn.com>; Gregg Farano <gregg.farano@doordash.com>; Lipshutz, Joshua S. <JLipshutz@gibsondunn.com>; Helena Erickson <herickson@cpradr.org>
**Subject:** RE: DD/CPR call

*Please find attached the Protocol with one addition we have made in footnote 3.*

*What is the status out there?*

*We are still working through some issues here.*

*Thanks*

---

**From:** Allen Waxman <awaxman@cpradr.org>
**Sent:** Monday, October 28, 2019 2:52 PM
**To:** Holecek, Michael <MHolecek@gibsondunn.com>; Gregg Farano <gregg.farano@doordash.com>; Lipshutz, Joshua S. <JLipshutz@gibsondunn.com>; Helena Erickson <herickson@cpradr.org>
**Subject:** RE: DD/CPR call

*Michael, Gregg and Josh – Helena may not be able to join us for today's call, but let's proceed in any event.*

*I am attaching the latest version of the Protocol. We should be able to post the Protocol and a template before week's end.  We do think it important that all claimants who will be subject to the Protocol be given the opportunity to review the Protocol before signing on.*

*In terms of the fee structure under the Protocol, we propose to specify those fees separately in a note to be accepted and confirmed by you all.  We should have numbers shortly, but I just want to specify what they will cover:*

- *The <u>initiation fee</u> (Para 1) shall cover the costs for processing the template relating to the Initial Mass Arbitrations filed with CPR, support for the resolution by the Administrative Arbitrator of any disputes relating to the application of the Protocol to particular claims, and the initial presentation of the Master List to counsel for Door Dash;*
- *The <u>appointment fee</u> per arbitrator appointment (para 4f and Para 22) shall cover the costs relating to managing the appointment process;*
- *The <u>mediation administrative fee</u> (Para 8) shall cover the costs relating to anonymization of the test case awards as well as selection of the mediator;*
- *The <u>presentation fee</u> (Para 19) shall cover the costs relating to refreshing of the Master List, addressing any objections to the Master List as well as the costs of sequencing opt-outs and opt-ins;*
- *There are references to other <u>a la carte fees</u> in the Protocol should other services be needed (i.e., fundholding); and*
- *Finally, subject to Para 27, CPR reserves the right to revisit with Door Dash the fee structure subject to experience under the Protocol.*

-----Original Appointment-----
**From:** Holecek, Michael <<u>MHolecek@gibsondunn.com</u>>
**Sent:** Friday, October 25, 2019 5:05 PM
**To:** Holecek, Michael; Gregg Farano; Lipshutz, Joshua S.; Allen Waxman; Helena Erickson
**Subject:** DD/CPR call
**When:** Monday, October 28, 2019 2:00 PM-3:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** (866) 747-5969, code 2132297018

Toll-free dial-in number (U.S. and Canada):
(866) 747-5969

International dial-in number:
(631) 812-8554

Conference code:
2132297018

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CPR_000292

CONFIDENTIAL

CPR_000293

# EXHIBIT P

# Unredacted Document(s) To Be Filed Under Seal

| | |
|---|---|
| **From:** | Allen Waxman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E31B05E866BD4819B766DC92347F90BA-ALLEN WAXMA] |
| **Sent:** | 10/31/2019 3:26:38 PM |
| **To:** | Holecek, Michael [MHolecek@gibsondunn.com] |
| **CC:** | Helena Erickson [herickson@cpradr.org] |
| **BCC:** | Allen Waxman [awaxman@cpradr.org] |
| **Subject:** | RE: DD/CPR call |

Michael – we are ready to launch and will post the Protocol to our website once Gregg signs off on the Payment Terms and you all give the go ahead

thanks

**From:** Holecek, Michael <MHolecek@gibsondunn.com>
**Sent:** Wednesday, October 30, 2019 6:23 PM
**To:** Allen Waxman <awaxman@cpradr.org>
**Subject:** RE: DD/CPR call

Thanks, Allen.
Our timing is stable right now, and I don't anticipate having to do anything before Thursday.

**Michael J. Holecek**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7018 • Fax +1 213.229.6018
MHolecek@gibsondunn.com • www.gibsondunn.com

**From:** Allen Waxman <awaxman@cpradr.org>
**Sent:** Wednesday, October 30, 2019 2:40 PM
**To:** Holecek, Michael <MHolecek@gibsondunn.com>
**Subject:** RE: DD/CPR call

[External Email]
Michael – one other change. See paragraph 27, which we think necessary given various state laws.

Let me know if you have any questions. We are going to send off the agreement.

Any updates on status?

**From:** Allen Waxman
**Sent:** Tuesday, October 29, 2019 12:42 PM
**To:** Holecek, Michael <MHolecek@gibsondunn.com>; Gregg Farano <gregg.farano@doordash.com>; Lipshutz, Joshua S. <JLipshutz@gibsondunn.com>; Helena Erickson <herickson@cpradr.org>
**Subject:** RE: DD/CPR call

***Please find attached the Protocol with one addition we have made in footnote 3.***

***What is the status out there?***

*We are still working through some issues here.*

*Thanks*

---

**From:** Allen Waxman <awaxman@cpradr.org>
**Sent:** Monday, October 28, 2019 2:52 PM
**To:** Holecek, Michael <MHolecek@gibsondunn.com>; Gregg Farano <gregg.farano@doordash.com>; Lipshutz, Joshua S. <JLipshutz@gibsondunn.com>; Helena Erickson <herickson@cpradr.org>
**Subject:** RE: DD/CPR call

*Michael, Gregg and Josh – Helena may not be able to join us for today's call, but let's proceed in any event.*

*I am attaching the latest version of the Protocol. We should be able to post the Protocol and a template before week's end.  We do think it important that all claimants who will be subject to the Protocol be given the opportunity to review the Protocol before signing on.*

*In terms of the fee structure under the Protocol, we propose to specify those fees separately in a note to be accepted and confirmed by you all.  We should have numbers shortly, but I just want to specify what they will cover:*

- *The <u>initiation fee</u> (Para 1) shall cover the costs for processing the template relating to the Initial Mass Arbitrations filed with CPR, support for the resolution by the Administrative Arbitrator of any disputes relating to the application of the Protocol to particular claims, and the initial presentation of the Master List to counsel for Door Dash;*
- *The <u>appointment fee</u> per arbitrator appointment (para 4f and Para 22) shall cover the costs relating to managing the appointment process;*
- *The <u>mediation administrative fee</u> (Para 8) shall cover the costs relating to anonymization of the test case awards as well as selection of the mediator;*
- *The <u>presentation fee</u> (Para 19) shall cover the costs relating to refreshing of the Master List, addressing any objections to the Master List as well as the costs of sequencing opt-outs and opt-ins;*
- *There are references to other <u>a la carte fees</u> in the Protocol should other services be needed (i.e., fundholding); and*
- *Finally, subject to Para 27, CPR reserves the right to revisit with Door Dash the fee structure subject to experience under the Protocol.*

-----Original Appointment-----
**From:** Holecek, Michael <MHolecek@gibsondunn.com>
**Sent:** Friday, October 25, 2019 5:05 PM
**To:** Holecek, Michael; Gregg Farano; Lipshutz, Joshua S.; Allen Waxman; Helena Erickson
**Subject:** DD/CPR call
**When:** Monday, October 28, 2019 2:00 PM-3:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** (866) 747-5969, code 2132297018

Toll-free dial-in number (U.S. and Canada):
(866) 747-5969

International dial-in number:
(631) 812-8554

Conference code:
2132297018

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to

you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

CONFIDENTIAL

# EXHIBIT Q
# Unredacted Document(s) To Be Filed Under Seal



| | |
|---|---|
| **From:** | Gregg Farano [gregg.farano@doordash.com] |
| **Sent:** | 10/31/2019 7:18:37 PM |
| **To:** | Allen Waxman [awaxman@cpradr.org] |
| **CC:** | Holecek, Michael [MHolecek@gibsondunn.com]; Helena Erickson [herickson@cpradr.org]; Lipshutz, Joshua S. [JLipshutz@gibsondunn.com]; Seth Sias [seth.sias@doordash.com] |
| **Subject:** | Re: Employment-Related Mass Claims matter - AGREEMENT |
| **Flag:** | Flag for follow up |

Allen,

I have reviewed the terms relating to application of CPR's Employment-Related Mass Claims Protocol and agree to such on behalf of DoorDash.

Please let us know when the Protocol is published so that we may link to it in our terms and conditions.

Best,
Gregg

Gregg Farano
Associate General Counsel - Head of Litigation
DoorDash.com

On Wed, Oct 30, 2019 at 2:50 PM Allen Waxman <awaxman@cpradr.org> wrote:

> *Gregg – We ask that you confirm on behalf of Door Dash by return email the agreement of Door Dash to the following terms (references to "Para" are to paragraphs in the Protocol) relating to application of CPR's Employment-Related Mass Claims Protocol:*
>
> • *The initiation fee of $70,000.00 (Para 1) shall be paid to CPR to cover the costs for processing the template relating to the Initial Mass Arbitrations filed with CPR, support for the resolution by the Administrative Arbitrator of any disputes relating to the application of the Protocol to particular claims, and the initial presentation of the Master List to counsel for Door Dash;*
>
> • *The appointment fee of $3000.00 per arbitrator appointment (para 4f and Para 22) shall be paid to CPR to cover the costs relating to managing the appointment process;*
>
> • *The mediation administrative fee of $20,000.00 (Para 8) shall be paid to CPR to cover the costs relating to anonymization of the test case awards as well as selection of the mediator;*
>
> • *The presentation fee of $15,000.00 (Para 19) shall be paid to CPR to cover the costs relating to any refreshing of the Master List, addressing any objections to the Master List as well as the costs of sequencing opt-outs and opt-ins;*

•     *Door Dash agrees to pay a la carte fees in the Protocol applicable to other services that are needed (i.e., fundholding); and*

•     *Subject to Para 28, CPR reserves the right to revisit with Door Dash the fee structure as circumstances arise under the Protocol.*

*Finally, Door Dash agrees that its inclusion of this Protocol in its contracts and application to its counterparties shall comply with all applicable laws, ordinances, regulations, and orders of any relevant jurisdiction*

CONFIDENTIAL

# EXHIBIT R

# Unredacted Document(s) To Be Filed Under Seal

| From: | Allen Waxman [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E31B05E866BD4819B766DC92347F90BA-ALLEN WAXMA] |
|---|---|
| Sent: | 11/4/2019 5:46:55 PM |
| To: | Holecek, Michael [MHolecek@gibsondunn.com]; Helena Erickson [herickson@cpradr.org] |
| BCC: | Allen Waxman [awaxman@cpradr.org] |
| Subject: | RE: 2 questions |

Michael – we have posted the Protocol.

Can you please let us know when you believe contracts with links will be distributed.

Thanks much!

---

**From:** Allen Waxman <awaxman@cpradr.org>
**Sent:** Saturday, November 2, 2019 3:34 PM
**To:** Holecek, Michael <MHolecek@gibsondunn.com>; Helena Erickson <herickson@cpradr.org>
**Subject:** Re: 2 questions

Mike - sorry for the tardiness of my reply. We decided to hold off until Monday as we wanted to prepare some explanatory documents for the Protocol.

We have not typically provided our waivers given our bandwidth but let's discuss what you have in mind.

Allen Waxman
President & CEO
International Institute for Conflict Prevention and Resolution
646-753-8248

---

**From:** Holecek, Michael <MHolecek@gibsondunn.com>
**Sent:** Friday, November 1, 2019 7:22 PM
**To:** Allen Waxman; Helena Erickson
**Subject:** 2 questions

Allen and Helena,

I'm sorry to bother you on a Friday late afternoon, and no need to respond until Monday, but I had two quick questions:

1. Are you still planning on publishing the new protocol today, or is there a new ETA for publishing it?

2. I don't think we've discussed this before, but does CPR grant fee waivers to claimants who cannot afford fees and/or have income that falls below a certain threshold? AAA offers fee waivers, but I did not see it on your website. We're just curious about what your policy is with respect to fee waivers.

Thanks! I hope you both have a great weekend.

**Michael J. Holecek**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7018 ◦ Fax +1 213.229.6018
MHolecek@gibsondunn.com ◦ www.gibsondunn.com

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

CONFIDENTIAL

CPR_000311