| | |
|---|---|
| Keith A. Custis (#218818)<br>   kcustis@custislawpc.com<br>CUSTIS LAW, P.C.<br>1875 Century Park East, Suite 700<br>Los Angeles, California 90067<br>(213) 863-4276<br><br>Justin Griffin (#234675)<br>   justingriffin@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>(213) 443-3100<br><br>Andrew Schapiro (*pro hac vice*)<br>   andrewschapiro@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>191 N. Upper Wacker Dr., Suite 2700<br>Chicago, Illinois 60606<br>(312) 705-7472 | Ashley Keller (*pro hac vice*)<br>   ack@kellerlenkner.com<br>Travis Lenkner (*pro hac vice*)<br>   tdl@kellerlenkner.com<br>Marquel Reddish (*pro hac vice*)<br>   mpr@kellerlenkner.com<br>KELLER LENKNER LLC<br>150 N. Riverside Plaza, Suite 4270<br>Chicago, Illinois 60606<br>(312) 741-5220<br><br>Warren Postman (*pro hac vice*)<br>   wdp@kellerlenkner.com<br>KELLER LENKNER LLC<br>1300 I Street, N.W., Suite 400E<br>Washington, D.C. 20005<br>(202) 749-8334 |

*Attorneys for Petitioners*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TERRELL ABERNATHY, et al.,<br><br>    *Petitioners*,<br><br>vs.<br><br>DOORDASH, INC.,<br><br>    *Respondent*. | Case Nos.  3:19-cv-07545<br>               3:19-cv-07646<br><br>**DECLARATION OF WARREN POSTMAN IN SUPPORT OF PETITIONERS' OPPOSITION TO DOORDASH, INC.'S MOTION TO STAY PROCEEDINGS**<br><br>**Date**:  February 10, 2020<br>**Time:**  2:00 p.m.<br>**Judge:**  Hon. William H. Alsup |
| CHRISTINE BOYD, et al.,<br><br>    *Petitioners*,<br><br>vs.<br><br>DOORDASH, INC.,<br><br>    *Respondent*. | |

DECLARATION OF WARREN POSTMAN
CASE NUMBERS: 3:19-cv-07545 & 3:19-cv-07646

I, Warren Postman, declare based on personal knowledge as follows:

1. I am a Partner at Keller Lenkner LLC, counsel for Petitioners in this matter.

2. I have personal knowledge of the facts stated herein, and if called upon as a witness I could and would testify competently thereto.

3. This declaration is submitted in support of Petitioners' Opposition to DoorDash, Inc.'s Motion to Stay Proceedings.

4. On March 20, 2019, Keller Lenkner notified DoorDash that it represented more than 3,000 clients who intended to pursue misclassification claims in arbitration before AAA.

5. DoorDash has made 742 offers of settlement or judgment to Dashers represented by Keller Lenkner. These offers averaged around $210 per person. Only 13 Dashers accepted the offers.

6. In addition to the proposed *Marciano* settlement, Lichten & Liss-Riordan, P.C. ("LLR") and clients of Gibson, Dunn & Crutcher LLP have also sought preliminary approval of settlements in *Rimler v. Postmates, Inc.*, No. CGC-18-567868 (San. Fran. Sup. Ct.), and *Cole v. Square, Inc. (d/b/a Caviar)*, No. BC719079 (LA Cnty. Sup. Ct.). According to LLR, the settlement in *Rimler* was reached in principle on July 19, 2019, and the settlements in *Marciano* and *Cole* were both reached on September 10, 2019.

7. On January 24, 2020, the court in *Marciano* vacated the preliminary approval hearing scheduled for January 30, 2020, and it stated that "it will issue a further scheduling order once the matter has been reassigned to the Complex Civil Litigation Department of this Court." Attached as Exhibit A is a true and correct copy of the court's order.

8. As of the time of this filing, it does not appear that the court in *Marciano* has rescheduled the hearing on the motion for preliminary approval.

9. Petitioners Tatiana Bluford, Becky Elliott, and Latasha Grider have moved to intervene in *Marciano* and have filed a joint opposition to the motion for preliminary approval of the settlement. Attached as Exhibit B is a true and correct copy of their opposition.

10.  In addition to the objections from those Petitioners, Dashers Matthew Romero, Raymond Cho, and LaRonda Robinson have also each separately moved to intervene and each has filed a separate objection to the *Marciano* proposed settlement.  Attached as Exhibit C is a true and correct copy of the objection filed by Matthew Romero.  Attached as Exhibit D is a true and correct copy of the objection filed by Raymond Cho.  Attached as Exhibit E is a true and correct copy of the objection filed by LaRonda Robinson.

11.  In *Rimler v. Postmates*, the original hearing on plaintiffs' motion for preliminary approval of the proposed settlement was scheduled for October 17, 2019.  The hearing was then rescheduled to November 22, 2019.  The court then reset the hearing for January 31, 2020 and ordered the parties to address numerous significant concerns it identified with the settlement.  On January 29, 2020, LLR informed Keller Lenkner that the preliminary approval hearing scheduled for January 31, 2020 was being rescheduled, but they did not yet have a new date for the hearing.  Attached as Exhibit F is a true and correct copy of a chart created by counsel comparing the deficiencies identified by the *Rimler* court to the proposed settlement in *Marciano*.

I declare that the foregoing is true under penalty of perjury of the laws of the United States.

Signed on January 30, 2020 in Chicago, Illinois.

/s/ Warren Postman
Warren Postman