# Exhibit A

FILED
San Francisco County Superior Court
JAN 24 2020
CLERK OF THE COURT
BY: _____ Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| CYNTHIA MARCIANO and DAVID CRISTINI, on behalf of themselves and others similarly situated and in their capacities as Private Attorney General Representatives,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>DOORDASH, INC.,<br><br>　　　　　　　　　　　Defendant. | No. CGC-18-567869<br><br>**ORDER DESIGNATING ACTION AS COMPLEX AND VACATING JANUARY 30, 2020 HEARING DATE** |

On July 26, 2018, Defendant Doordash, Inc. filed a civil case cover sheet counter-designating this action as a complex case under Rule 3.400 *et seq.* of the California Rules of Court. By order filed August 15, 2018, this Court denied that request without prejudice, finding that "[a]t this time, this action should not be designated complex litigation." On its own motion, the Court now determines that this action is a complex case. (Cal. R. Ct. 3.403(b).)

The hearing currently scheduled for January 30, 2020 at 1:30 p.m. on Plaintiffs' motion for preliminary approval of class action settlement and on various proposed Intervenors' motions for leave to intervene is vacated. The Court will issue a further scheduling order once the matter has been reassigned to the Complex Civil Litigation Department of this Court. Counsel for DoorDash is requested to serve this order on proposed Intervenors' and other objecting parties' counsel.

**IT IS SO ORDERED.**

Dated: January 24, 2020

HON. ETHAN P. SCHULMAN
JUDGE OF THE SUPERIOR COURT

CGC-18-567869
CYNTHIA MARCIANO VS. DOORDASH INC.

I, the undersigned, certify that I am an employee of the Superior Court of California, County Of San Francisco and not a party to the above-entitled cause and that on January 24, 2020 I served the foregoing on each counsel of record or party appearing in propria persona by causing a copy thereof to be enclosed in a postage paid sealed envelope and deposited in the United States Postal Service mail box located at 400 McAllister Street, San Francisco CA 94102-4514 pursuant to standard court practice.

Date: January 24, 2020         By: GINA GONZALES
                                   Deputy Clerk


MICHAEL J. HASSEN (124823)
REALLAW, APC
1981 N. BROADWAY, SUITE 280
WALNUT CREEK, CA 94596

ANDREW M. SPURCHISE (245998)
LITTLER MENDELSON, P.C.
333 BUSH STREET, 34TH FLOOR
SAN FRANCISCO, CA 94104

SHANNON LISS-RIORDAN (310719)
LICHTEN & LISS-RIORDAN PC
729 BOYLSTON ST STE 2000
BOSTON, MA 02116

CALEB MARKER (269721)
ZIMMERMAN REED LLP
2381 ROSECRANS AVENUE, STE 328
MANHATTEN BEACH, CA 90245

STEVE TIDRICK (224760)
THE TIDRICK LAW FIRM
1300 CLAY STREET, SUITE 600
OAKLAND, CA 94612

JAHAN SAGAFI (224887)
OUTTEN & GOLDEN LLP
ONE CALIFORNIA STREET, 12TH FL
SAN FRANCISCO, CA 94111

STEVEN M. TINDALL (187862)
GIBBS LAW GROUP LLP
505 14TH STREET
SUITE 1110
OAKLAND, CA 94612

JOSHUA S. LIPSHUTZ (242557)
GIBSON, DUNN & CRUTCHER LLP
555 MISSION ST. SUITE 3000
SAN FRANCISCO, CA 94105

THEANE D. EVANGELIS (243570)
GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-3197

KEITH A. CUSTIS (218818)
CUSTIS LAW, P.C.
1875 CENTURY PARK EAST STE 700
LOS ANGELES, CA 90067

TOM KAYES (327020)
KELLER LENKNER LLC
150 N. RIVERSIDE PLAZA
SUITE 4270
CHICAGO, IL 60606

MELINDA ARBUCKLE (302723)
SHELLIST/LAZARZ/SLOBIN
402 WEST BROADWAY, SUITE 400
SAN DIEGO, CA 92101