UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL ABERNATHY, et al., <br>     Petitioners, <br>   v. <br> DOORDASH, INC., <br>     Respondent. | No. C 19-07545 WHA <br> *Related to* <br> No. C 19-07646 WHA <br><br> **NOTICE RE MOTION TO STAY** |
| CHRISTINE BOYD, et al., <br>     Petitioners, <br>   v. <br> DOORDASH, INC., <br>     Respondent. | |

By **FEBRUARY 6 AT NOON**, petitioners' counsel shall file a statement regarding whether in the state court action (*Marciano*), the state court judge will permit petitioners' counsel herein to file a single opt-out on behalf of all of his petitioner clients as opposed to individual opt-outs on behalf of each individual petitioner.

**IT IS SO ORDERED.**

Dated: January 30, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE