UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PRINCE,<br><br>    Plaintiff,<br><br>  v.<br><br>CAVIAR, LLC,<br><br>    Defendant. | Case No. 20-cv-01292-RS<br><br>**JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Having been informed that a similar, earlier-filed matter is proceeding against defendant Caviar, LLC's parent company, Doordash, Inc., the Court hereby refers this matter under Local Rule 3-12(c) to determine whether it is related to *Abernathy v. Doordash, Inc.*, 19-cv-07545-WHA (N.D. Cal. filed Nov. 15, 2019).

**IT IS SO ORDERED**.

Dated: February 27, 2020

RICHARD SEEBORG
United States District Judge