Travis Lenkner (*pro hac vice*)
 tdl@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

*Attorney for Petitioner David Prince*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TERRELL ABERNATHY, et al., <br><br>         *Petitioners*, <br><br> vs. <br><br> DOORDASH, INC., <br><br>         *Respondent*. | Case Nos.  3:19-cv-07545-WHA <br>                  3:20-cv-01292-RS <br><br> **PETITIONER'S RESPONSE TO THE COURT'S ORDER (DKT. 20)** |
| DAVID PRINCE, <br><br>         *Petitioner*, <br><br> vs. <br><br> CAVIAR, LLC, <br><br>         *Respondent*. | |

This Court ordered each party to file a statement "regarding whether [this action] is related to *Abernathy v. DoorDash, Inc.*, 19-cv-07545-WHA." ECF No. 20. Petitioner David Prince respectfully submits that this action is not related to *Abernathy* because the two actions concern different parties, different arbitration agreements, different conduct, and different legal and factual arguments, and relating the cases is unlikely to further judicial efficiency.

Under Local Rule 3-12(a), two cases are related when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

L.R. 3-12(a).

As to the first factor, the "parties, property, transaction[s] [and] event[s]" underlying the two cases here are different. Petitioners in *Abernathy* are approximately 6,000 DoorDash couriers seeking to arbitrate misclassification claims against DoorDash and invoking the arbitration agreement they signed as a condition of making deliveries for DoorDash. Petitioner Prince is a single Caviar courier seeking to arbitrate misclassification claims against Caviar and invoking the arbitration agreement he signed as a condition of making deliveries for Caviar. Mr. Prince is not a Petitioner in *Abernathy*, and the two arbitration agreements are different. *See* Prince Decl., Ex. A, *Prince* (Dkt. 5); Keller Decl., Ex. A, *Abernathy* (ECF No. 5-1). And although DoorDash recently acquired Caviar, the two companies are separate corporate entities, and Mr. Prince signed Caviar's arbitration agreement when the companies were separate. *See* Prince Decl. ¶ 3 (stating that he began making deliveries for Caviar on or around August 26, 2018) (Dkt. 5).

As to the second factor under Local Rule 3-12(a), although both cases involve motions to compel arbitration, the conduct underlying those motions and the issues raised by those motions are different. Petitioners in *Abernathy* sought to compel arbitration because DoorDash refused to pay the filing fees that the American Arbitration Association—the arbitral forum selected to oversee arbitration under DoorDash's agreement—determined were necessary to proceed with arbitration. *See* Am. Mot. Compel Arbitration at 15–16, *Abernathy* (ECF No. 151). Mr. Prince,

on the other hand, seeks to compel arbitration not because Caviar has refused to pay the fees necessary to proceed with arbitration, but because Caviar seeks to include Mr. Prince in a class-action settlement in California state court.  In so doing, Mr. Prince contends that Caviar has refused to proceed with arbitration "in the manner provided for in [the parties'] agreement," 9 U.S.C. § 4, which prohibits participation in any class action.  The briefing in this action thus likely will turn on different arguments than the briefing in *Abernathy*.

For all of these reasons, allowing the cases to be conducted by different judges will not produce an unduly burdensome duplication of labor and expense, or conflicting results.  Accordingly, this Court should conclude that this action is not related to *Abernathy* under Local Rule 3-12(a).

Dated: March 10, 2020

Respectfully submitted,

/s/ Travis Lenkner
Travis Lenkner (*pro hac vice*)
tdl@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

*Attorney for Petitioner David Prince*