# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

   3:19-cv-07545-WHA Abernathy, et al. v. Doordash, Inc.

I find that the more recently filed case(s) that I have initialed below are not related to the case assigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 20-cv-01292-RS | Prince v. Caviar, LLC | | x |

## ORDER

Dated: March 11, 2020.

By: _____
William Alsup
United States District Judge

1

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**CLERK'S NOTICE**

    **The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.**

Dated:                                     By: _____
                                          Theresa Hoang Deputy Clerk
                                          415-522-2000