| | |
|---|---|
| Keith A. Custis (#218818)<br>  kcustis@custislawpc.com<br>CUSTIS LAW, P.C.<br>1999 Avenue of the Stars, Suite 1100<br>Los Angeles, California 90067<br>(213) 863-4276<br><br>Justin Griffin (#234675)<br>  justingriffin@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>(213) 443-3100<br><br>Andrew Schapiro (*pro hac vice*)<br>  andrewschapiro@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>191 N. Upper Wacker Dr., Suite 2700<br>Chicago, Illinois 60606<br>(312) 705-7472 | Ashley Keller (*pro hac vice*)<br>  ack@kellerlenkner.com<br>Travis Lenkner (*pro hac vice*)<br>  tdl@kellerlenkner.com<br>Marquel Reddish (*pro hac vice*)<br>  mpr@kellerlenkner.com<br>KELLER LENKNER LLC<br>150 N. Riverside Plaza, Suite 4270<br>Chicago, Illinois 60606<br>(312) 741-5220<br><br>Warren Postman (#330869)<br>  wdp@kellerlenkner.com<br>KELLER LENKNER LLC<br>1300 I Street, N.W., Suite 400E<br>Washington, D.C. 20005<br>(202) 749-8334 |

*Attorneys for Petitioners*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TERRELL ABERNATHY, et al.,<br>　　*Petitioners*,<br>vs.<br>DOORDASH, INC.,<br>　　*Respondent*.<br><br>CHRISTINE BOYD, et al.,<br>　　*Petitioners*,<br>vs.<br>DOORDASH, INC.,<br>　　*Respondent*. | Case Nos.  3:19-cv-07545-WHA<br>　　　　　　  3:19-cv-07646-WHA<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>**Judge:**　　Hon. William H. Alsup |

JOINT STIPULATION OF DISMISSAL
CASE NOS.: 3:19-cv-07545-WHA & 3:19-cv-07646-WHA

The parties to the above-referenced actions, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the actions, with the parties to bear their own attorneys' fees and costs.

Dated: December 8, 2020     By:     /s/ Michael Holecek
                                    Michael Holecek (#281034)
                                       mholecek@gibsondunn.com
                                    GIBSON, DUNN & CRUTCHER LLP
                                    333 South Grand Avenue
                                    Los Angeles, California 90071
                                    (213) 229-7000

                                    *Attorney for Respondent DoorDash, Inc.*


Dated: December 8, 2020     By:     /s/ Ashley Keller
                                    Ashley Keller (*pro hac vice*)
                                       ack@kellerlenkner.com
                                    KELLER LENKNER LLC
                                    150 N. Riverside Plaza, Suite 4270
                                    Chicago, Illinois 60606
                                    (312) 741-5220

                                    *Attorney for Petitioners*

**DECLARATION OF FILING PURSUANT TO CIVIL LOCAL RULE 5-1(i)**

I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: December 8, 2020         /s/ Ashley Keller
                                Ashley Keller